

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 3, 2026

**BY EMAIL**
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Nicolás Maduro Moros et al.*, S4 11 Cr. 205 (AKH)

Dear Judge Willis:

    The Government respectfully requests that Superseding Indictment S4 11 Cr. 205 (AKH) be unsealed.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

        By:   /s/
        Nicholas S. Bradley
        Kaylan E. Lasky
        Henry L. Ross
        Kevin T. Sullivan
        Kyle A. Wirshba
        Assistant United States Attorneys

SO ORDERED:

*[signature: Jennifer E. Willis]*
HONORABLE JENNIFER E. WILLIS
United States Magistrate Judge
Southern District of New York