# EXHIBIT B

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                                                                 :
       v.                                                        :   S4 11-CR-205 (AKH)
                                                                 :
CILIA ADELA FLORES de MADURO, et al.                             :
                                                                 :
                           Defendants.                           :
-----------------------------------------------------------------X
```

## DECLARATION OF CILIA ADELA FLORES de MADURO

I, Cilia Adela Flores de Maduro, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. On January 4, 2026, I retained Mark Donnelly and the law firm of Parker, Sánchez & Donnelly PLLC to represent me in this case.

2. I understand that under the laws and practices of the Bolivarian Republic of Venezuela, I am entitled to have the government of Venezuela pay for my legal defense.

3. Up to this point, the Venezuelan government has been paying my legal fees, and I have relied on the expectation that they would continue to fund my defense.

4. I have relied on this expectation and cannot afford to pay for my own legal defense.

5. If the Court requests me to do so, I will submit a financial affidavit to the Court to demonstrate my inability to fund my own legal defense.

6. I know that my lawyer had to seek special permission from the United States government to be able to receive payment from the Venezuelan government on my behalf. This permission was granted on January 9, 2026.

7. I was recently informed that on February 28, 2026, the United States government informed my attorneys that they were no longer authorized to receive payment on my behalf from the government of Venezuela.

8. Mr. Donnelly and his law firm are my counsel of choice, and I want them to be able to continue to represent me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2026.

*Cilia Flores*
Cilia Adela Flores de Maduro

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                                                  :
        v.                                                        :    S4 11-CR-205 (AKH)
                                                                  :
CILIA ADELA FLORES de MADURO, et al.                              :
                                                                  :
                Defendants.                                       :
------------------------------------------------------------------X
```

## DECLARACIÓN DE CILIA ADELA FLORES de MADURO

Yo, Cilia Adela Flores de Maduro, declaro bajo pena de perjurio conforme a 28 U.S.C. § 1746 que lo siguiente es verdadero y correcto:

1. El 4 de enero de 2026, contraté a Mark Donnelly y a su bufete de abogados Parker, Sánchez & Donnelly PLLC para que me representaran en este caso.

2. Entiendo que, según las leyes y prácticas de la República Bolivariana de Venezuela, tengo derecho a que el gobierno de Venezuela pague por mi defensa legal.

3. Hasta este momento, el gobierno venezolano ha estado pagando mis honorarios legales, y he confiado en la expectativa de que continuarían financiando mi defensa.

4. Me he basado en esta expectativa y no puedo pagar por mi propia defensa legal.

5. Si el Tribunal me lo solicita, presentaré una declaración jurada financiera ante el Tribunal para demostrar mi incapacidad para pagar mi propia defensa legal.

6. Sé que mi abogado tuvo que solicitar un permiso especial al gobierno de los Estados Unidos para poder recibir pagos del gobierno de Venezuela en mi nombre.

7. Este permiso fue concedido el 9 de enero de 2026.

8. Recientemente me informaron que el 28 de febrero de 2026, el gobierno de los Estados Unidos informó a mis abogados que ya no estaban autorizados para recibir pagos en mi nombre por parte del gobierno de Venezuela.

9. El Sr. Donnelly y su bufete de abogados son mis abogados de confianza, y deseo que puedan continuar representándome.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Ejecutado el día 3 de marzo de 2026.

_____
Cilia Adela Flores de Maduro