# EXHIBIT C

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :
                                                      :
     v.                                               :      S4 11-CR-205 (AKH)
                                                      :
CILIA ADELA FLORES de MADURO, et al.                  :
                                                      :
                         Defendants.                  :
------------------------------------------------------------------X
```

## **DECLARATION OF MARK E. DONNELLY**

I, Mark E. Donnelly, hereby declare as follows:

1. I am counsel for Cilia Adela Flores de Maduro in the above captioned matter. On January 5, 2026, I filed a motion to appear Pro Hac Vice as retained counsel, and the Court granted my motion from the bench. (ECF No. 268, *Transcript of Arraignment*, January 5, 2026, pg. 3:14-19).

2. I submit this Declaration in support of the motion of Cilia Adela Flores de Maduro to Join Co-Defendant Nicolás Maduro Moros's Motion to Dismiss the Indictment.

3. On January 7, 2026, applications for licenses related to the representation of Mrs. Flores de Maduro and Mr. Maduro Moros were submitted to the United States Office of Foreign Asset Control (OFAC). The applications specifically sought authorization to receive funds from the government of Venezuela for purposes of representing Mrs. Flores de Maduro and Mr. Maduro Moros.

4. Attached as Exhibit 1 to this Declaration is a true and correct copy of the license issued by OFAC at 3:36 p.m. on Friday, January 9, 2026, related to the representation of Mrs. Flores de Maduro.

5. Attached as Exhibit 2 to this declaration is a true and correct copy of the amended license issued by OFAC at 4:08 p.m. on Saturday, February 28, 2026, two days after the filing of Mr. Maduro's Motion to Dismiss (Doc. 290), related to the representation of Mrs. Flores de Maduro.

6. Attached as Exhibit 3 to this declaration is a true and correct copy of the email that OFAC provided explaining its decision to amend the license.

7. From January 9, 2026, through February 28, 2026, in reliance on the then-existing license from OFAC, my firm has received reimbursement from the government of Venezuela for fees and expenses.

8. My firm has committed to additional expenses in reliance on the then-existing license.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2026.

_____
Mark E. Donnelly

# EXHIBIT 1



**DEPARTMENT OF THE TREASURY**
**WASHINGTON, D.C. 20220**

LICENSE No. VENEZUELA-2026-1450067-1

**VENEZUELA SANCTIONS REGULATIONS**

**LICENSE**

Issued under the authority of one or more of 50 U.S.C. §§ 1601-51, 1701-06, Pub. L. 113-278, Executive Orders 13692, 13808, 13827, 13835, 13850, 13857, 13884.

**To:** Parker Sanchez & Donnelly PLLC
c/o Miller & Chevalier
900 16th Street NW
Washington, DC 20006
ATTN: Timothy P. O'Toole

1. Based upon the request dated January 7, 2026 to the Office of Foreign Assets Control (the "Application"), the transactions described herein are hereby authorized.

2. This License is subject to the condition, among others, that the Licensee(s) comply with its terms and with all regulations, rulings, orders, and instructions issued under any of the authorities cited above.

3. This License **expires on January 7, 2028** and is not transferable. The transactions described in this License are subject to the authorities cited above and any regulations and rulings issued pursuant thereto. This License may be revoked or modified at any time. If this License was issued as a result of willful misrepresentation it may be declared void from the date of its issuance or from any other date.

4. This License does not authorize transactions prohibited by any law or regulation administered by the Office of Foreign Assets Control other than those listed above.

5. This License does not excuse the Licensee(s) from the need to comply with any law or regulation (including reporting requirements) administered by any other agency or the need to obtain any required authorization(s) from any other agency.

Issued on behalf of the Secretary of the Treasury:

**OFFICE OF FOREIGN ASSETS CONTROL**

By _Kelly M. Falconi_  Digitally signed by Kelly M. Falconi
Date: 2026.01.09 15:33:48 -05'00'

**Kelly M. Falconi**
**Chief, Licensing**

Attention is directed to, *inter alia*, 18 U.S.C. § 1001, 22 U.S.C. § 287c(b), 50 U.S.C. § 1705, and 31 C.F.R. §§ 542.701, 544.701, 560.701, 594.701, and 597.701 for provisions relating to penalties.

**SECTION 1 - AUTHORIZATION:** **(a)** Subject to the conditions and limitations stated herein, and to the extent authorization is required, Miller & Chevalier, Parker Sanchez & Donnelly PLLC, Mark Donnelly and their partners, employees, and consultants or other U.S. persons retained by any of the above to assist in the legal defense of Cilia Adela Flores de Maduro (collectively, the "Licensees"), are hereby authorized to provide legal services to Cilia Adela Flores de Maduro (the "Client") and to receive payment for fees, costs, and expenses arising out of the Licensees' representation of the Client with respect to the matter of *United States v. Maduro Moros, et al.*, 1:11-cr-00205-AKH (S.D.N.Y.) from property or interests in property of the Client, those held jointly with her spouse, Nicolas Maduro Moros, and/or those of the Government of Venezuela, as described in the Application.

**SECTION 2 - WARNINGS:** **(a)** Except as authorized in **SECTION I** hereof, nothing in this License authorizes the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(b)** Except as authorized in **SECTION 1** hereof, nothing in this License authorizes transactions prohibited by any laws or regulations administered by the Office of Foreign Assets Control.

**(c)** Except as authorized in **SECTION 1**, this License does not authorize the transfer to or receipt of funds or other property, directly or indirectly, from any entity or individual whose property or interests in property are blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(d)** Any transfer of funds through the U.S. financial system pursuant to the authorizations set forth in **SECTION 1** hereof should reference the number of this License to avoid the blocking or rejection of the transfer.

**SECTION 3 - RECORDKEEPING AND REPORTING REQUIREMENTS:** The Licensees are subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of at least 10 years from the date of each transaction. Such records shall be made available for examination upon demand.

**SECTION 4 - PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the transactions specified in the Application.
********************************************************************************

# EXHIBIT 2

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

LICENSE No. VENEZUELA-2026-1450067-2

**VENEZUELA SANCTIONS REGULATIONS**

**LICENSE AMENDMENT**

(Issued under the authority of one or more of 50 U.S.C. §§ 1601-51, 1701-06, Pub. L. 113-278, Executive Orders 13692, 13808, 13827, 13835, 13850, 13857, 13884.)

To: Parker Sanchez & Donnelly PLLC
c/o Miller & Chevalier
900 16th Street NW
Washington, DC  20006
ATTN:  Timothy P. O'Toole

**1.** Based upon the request dated January 7, 2026 to the Office of Foreign Assets Control (the "Application"), the transactions described herein are hereby authorized.  This License supersedes License No. VENEZUELA-2026-1450067-1 in all respects.

**2.** This License is subject to the condition, among others, that the Licensee(s) comply with its terms and with all regulations, rulings, orders, and instructions issued under any of the authorities cited above.

**3.** This License **expires on January 30, 2028** and is not transferable. The transactions described in this License are subject to the authorities cited above and any regulations and rulings issued pursuant thereto.  This License may be revoked or modified at any time.  If this License was issued as a result of willful misrepresentation it may be declared void from the date of its issuance or from any other date.

**4.** This License does not authorize transactions prohibited by any law or regulation administered by the Office of Foreign Assets Control other than those listed above.

**5.** This License does not excuse the Licensee(s) from the need to comply with any law or regulation (including reporting requirements) administered by any other agency or the need to obtain any required authorization(s) from any other agency.

Issued on behalf of the Secretary of the Treasury:

**OFFICE OF FOREIGN ASSETS CONTROL**

By _Alan W. Christian_ (Digitally signed by Alan W. Christian, Date: 2026.02.28 15:42:59 -05'00')

**Alan W. Christian**
**Acting Assistant Director, Licensing**

Attention is directed to, *inter alia*, 18 U.S.C. § 1001, 22 U.S.C. § 287c(b), 50 U.S.C. § 1705, and 31 C.F.R. §§ 542.701, 544.701, 560.701, 594.701, and 597.701 for provisions relating to penalties.

LICENSE No. **VENEZUELA-2026-1450067-2**                                                                                                Page 2 of 2

**SECTION 1 - AUTHORIZATION:** Subject to the conditions and limitations stated herein, and to the extent authorization is required, Miller & Chevalier, Parker Sanchez & Donnelly PLLC, Mark Donnelly and their partners, employees, and consultants or other U.S. persons retained by any of the above to assist in the legal defense of Cilia Adela Flores de Maduro (collectively, the "Licensees") are hereby authorized to provide legal services to Cilia Adela Flores de Maduro (the "Client") and to receive payment for fees, costs, and expenses arising out of the Licensees' representation of the Client with respect to the matter of *United States v. Maduro Moros, et al.*, 1:11-cr-00205-AKH (S.D.N.Y.) from the Client's own funds and/or those held jointly with her spouse, Nicolas Maduro Moros, as described in the Application.

**SECTION 2 - CONDITION:** Payments authorized in **SECTION 1** hereof must not originate from a source within the United States, or from any source outside the United States within the possession or control of a U.S. person, other than the Client or her spouse, or from any entity or individual, other than the Client or her spouse, whose property or interests in property are blocked pursuant to any Executive order of Chapter V of Title 31 of the C.F.R.

**SECTION 3 - WARNINGS: (a)** Except as authorized in **SECTION 1** hereof, as conditioned by **SECTION 2** hereof, nothing in this License authorizes the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(b)** Except as authorized in **SECTION 1** hereof, nothing in this License authorizes transactions prohibited by any laws or regulations administered by the Office of Foreign Assets Control.

**(c)** Except as authorized in **SECTION 1**, this License does not authorize the transfer to or receipt of funds or other property, directly or indirectly, from any entity or individual whose property or interests in property are blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(d)** Any transfer of funds through the U.S. financial system pursuant to the authorizations set forth in **SECTION 1** hereof should reference the number of this License to avoid the blocking or rejection of the transfer.

**SECTION 4 - RECORDKEEPING AND REPORTING REQUIREMENTS: (a)** The Licensees are subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of at least 10 years from the date of each transaction. Such records shall be made available for examination upon demand.

**(b)** The Licensees are required to submit, no later than 30 days following the completion of the authorized transactions, or on February 29, 2028, whichever comes first, a detailed report providing information on the funds received pursuant hereto. Such report shall specify the individual or entity from which the funds originated, the method of transfer, and the amount of funds received. In the event that no transactions occur or no funds are received during the reporting period, a statement is to be filed to that effect. The report is to be filed via email to OFACReport@treasury.gov, and is to refer to this License No. **VENEZUELA-2026-1450067-2**.

**(c)** See 31 C.F.R. § 501.605 for additional requirements regarding reports to OFAC, courts, and other adjudicators on litigation, arbitrations, and dispute resolution proceedings.

**SECTION 5 - PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the transactions specified in the Application.
*******************************************************************************

# EXHIBIT 3

| | |
|---|---|
| **From:** | O"Toole, Timothy |
| **To:** | Mark Donnelly; Andres Sanchez; Barry J. Pollack; Griffin, Collmann; Moushey, Leah |
| **Subject:** | Fw: VENEZUELA-2026-1450067-1 |
| **Date:** | Saturday, February 28, 2026 3:15:45 PM |
| **Attachments:** | VENEZUELA-2026-1450067-2.pdf |

**From:** Alan.Christian
**Sent:** Saturday, February 28, 2026 4:08:15 PM
**To:** Griffin, Collmann <cgriffin@milchev.com>; Kelly.Falconi2 ; O'Toole, Timothy <TOtoole@milchev.com>; Moushey, Leah <lmoushey@milchev.com>
**Cc:** Mary.Rasmussen
**Subject:** RE: VENEZUELA-2026-1450067-1

**EXTERNAL**

Dear Collmann,

The Office of Foreign Assets Control, following consultation with the State Department, has determined that it is inconsistent with current policy to authorize the receipt of payment for fees, costs, and expenses arising out of the Licensees' representation of Cilia Adela Flores de Maduro with respect to the matter of *United States v. Maduro Moros, et al.*, 1:11-cr-00205-AKH (S.D.N.Y.) from funds of the Government of Venezuela.  Accordingly, please find attached License No. VENEZUELA-2026-1450067-2, which modifies and supersedes License No. VENEZUELA-2026-1450067-1 in all respects.

Sincerely,
Alan

---

Alan W. Christian
Acting Assistant Director, Licensing
U.S. Department of the Treasury | Office of Foreign Assets Control

**From:** Griffin, Collmann <cgriffin@milchev.com>
**Sent:** Friday, January 9, 2026 3:49 PM
**To:** Falconi, Kelly ; O'Toole, Timothy <TOtoole@milchev.com>; Moushey, Leah <lmoushey@milchev.com>

**Cc:** Christian, Alan ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Rasmussen, Mary ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: VENEZUELA-2026-1450067-1

**\*\* Caution:** External email from: [cgriffin@milchev.com] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **\*\***

Dear Kelly – Confirming receipt of this one as well. And echoing our thanks for OFAC's attention to this matter. Best, Collmann

**COLLMANN GRIFFIN**
Counsel | Miller & Chevalier Chartered
cgriffin@milchev.com | 202.626.5836

---

**From:** Kelly.Falconi2▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Friday, January 9, 2026 3:36 PM
**To:** O'Toole, Timothy <TOtoole@milchev.com>; Moushey, Leah <lmoushey@milchev.com>; Griffin, Collmann <cgriffin@milchev.com>
**Cc:** Alan.Christian▓▓▓▓▓▓▓▓▓▓▓ Mary.Rasmussen▓▓▓▓▓▓▓▓▓
**Subject:** VENEZUELA-2026-1450067-1

**EXTERNAL**

Good afternoon,
Attached please find the signed legal license pertaining to the above referenced application.
Best, Kelly

Kelly Falconi
Chief, Licensing Division
Office of Foreign Assets Control
U.S. Department of the Treasury