# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------

UNITED STATES OF AMERICA

- against -

CILIA ADELA FLORES DE MADURO,
Defendant
----------------------------------------------------

DECLARATION OF LOUIS J. MILIONE

I, Louis J. Milione, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a former Special Agent with the United States Drug Enforcement Administration, spanning a 23-year career and finishing as the DEA's Principal Deputy Administrator, where I helped lead an agency of over 10,000 personnel across 334 offices worldwide. I currently serve as the President of Global Investigations and Regulatory Compliance for Guidepost Solutions, LLC. ("Guidepost"), a provider of security services, as well as compliance and investigations services, world-wide, with over 300 full-time employees.

2. Guidepost's security services include providing bail monitoring security for criminal defendants released to home confinement pursuant to court order. During the numerous years that I have worked in this field, Guidepost has worked under orders of federal courts in several bail monitoring security matters. Guidepost was founded and is led by several former federal prosecutors, including from the Southern District of New York, and employs dozens of former law enforcement officers from agencies including the Secret Service, the DEA, the FBI, the Department of Homeland Security, and the New York City Police Department. Guidepost

also has specialized experience with detention management, having several team members previously holding senior level positions within the Enforcement and Removal Operations Division of DHS.

3. Based on my experience, Guidepost can provide bail monitoring security for Cilia Adela Flores de Maduro that reasonably assures her appearance as required by the Court.

4. No Guidepost employee or other Guidepost personnel will be an employee of the Defendant, and no employee or other personnel of Guidepost will take any direction from the Defendant. The Defendant will not supervise, or have any control over, Guidepost's work.

5. Guidepost will report to Pretrial Services, the Government, and the Court, as directed by the Court. We will diligently follow the Court's orders. The Defendant will have no role in selecting any team members or any other operational aspect of Guidepost's work.

6. The Defendant has proposed a place of confinement (the "Residence") within the Southern District of New York. For security purposes, the location of the Residence will be disclosed separately to the Court, the Government, and Pretrial Services. After physically inspecting and assessing the Residence and adjacent and surrounding areas, Guidepost can secure the Defendant there using several armed Guidepost security professionals who are former sworn law enforcement officers, along with technology and other physical security measures.

7. Guidepost will install in and around the Residence security measures, including video cameras and door and window sensors and alarms. At all times, Guidepost security professionals in and away from the Residence will have a live and recorded video feed from the Residence, which will be provided to the Government.

8. Guidepost will restrict the Defendant to the Residence, and for travel outside the Residence only as allowed by the Court. At all times, 24 hours per day, every day, several armed

Guidepost security professionals will secure the Defendant. Guidepost will provide the Government with a bail security plan specific to the Residence, and the names and dates of birth for each Guidepost security professional assigned to this matter before the work begins, for approval.

9. Guidepost will provide the Government with a schedule of the Guidepost security team on a weekly basis. Guidepost will provide supervisors to act as liaison and main points of contact for the Government and Pretrial Services, and the supervisors will always be available and on call, at all times of day and night. The Defendant will not be informed of the composition of the Guidepost security detail at any given time.

10. When the Defendant is authorized by the Court to leave the Residence, she will always be accompanied and secured by several Guidepost security professionals, with a Guidepost security professional always remaining behind at the Residence to keep it secure while the Defendant is away. For approved trips away from the Residence, the Guidepost security detail will make no unauthorized stops.

11. Only Court-approved custodians, occupants, and visitors and counsel-of-record will be permitted to enter the Residence. Guidepost will create a daily visitor log and transmit that log daily to the Government.

12. All approved occupants of, and visitors to, the Residence, and their bags, will be searched for weapons, contraband, excessive cash, and improper travel documents, including with a hand-held metal detector) when they appear for entry, and may not enter with any of these items. All travel documents and communication devices, including cell phones, tablets, and computers, possessed by approved visitors, will be taken and secured by Guidepost security professionals during the approved visit. Even given these measures, Guidepost will conduct

regular, random, and unannounced searches of the Residence, to ensure that no weapons, contraband, or other improper items are on the premises.

13. All approved visits to the Residence will take place only in spaces visible to Guidepost security professionals, with doors always open, and Guidepost security professionals will always maintain line of sight with the Defendant and her approved visitors. Depending on the number of approved visitors, Guidepost will increase the number of Guidepost security professionals at the Residence as needed.

14. Each Guidepost security professional assigned to this matter will be a former sworn law enforcement officer with experience making arrests, securing suspects, and detaining prisoners.

15. Guidepost will use physical force against the Defendant only as a last resort, after all other reasonable efforts to resolve a situation have failed, and Guidepost will use only that amount of force necessary to gain control of the Defendant, to prevent her escape, and to protect her and ensure the safety of Guidepost security professionals and others. Guidepost security professionals are trained to avoid confrontation, use force, and apply restraints. Each security professional will carry handcuffs. Guidepost carries liability insurance that fully covers our bail monitoring security work.

16. Guidepost security professionals will not eat food paid for by the Defendant or prepared or cooked at the Residence but instead will obtain their meals independently.

Dated: September 8, 2026

By: /s Louis J. Milione
Louis J. Milione
President, Guidepost Solutions