# PARKER SANCHEZ & DONNELLY

C. ANDERSON PARKER
ANDRES SANCHEZ
MARK DONNELLY
CHARLES PARKER
KELLYE GREGORY

A PROFESSIONAL LIMITED LIABILITY COMPANY
700 LOUISIANA STREET, SUITE 4520
HOUSTON, TEXAS 77002

TEL (713) 659-7200
FAX (713) 659-7203
www.PSD.LAW


**By Email**
(HellersteinNYSDChambers@nysd.uscourts.gov)

September 16, 2026

Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

**Re: *United States v. Nicolás Maduro Moros, et al.* 11-CR-205 S4 (AKH)**

Dear Judge Hellerstein,

In the September 9, 2026 filing, ECF 327 at pg. 7, counsel for Cilia Adela Flores de Maduro advised that "[t]he parties have agreed to submit to the Court a letter request concerning a proposed briefing schedule following Ms. Flores de Maduro's submission." The government has been able to review the submission, and both parties agree to jointly propose the following schedule for responsive pleadings and a hearing:

| Deadline | Date |
|---|---|
| Government's Response | September 23, 2026 |
| Ms. Flores de Maduro's Reply | September 30, 2026 |
| Bail Application Hearing | Week of October 5, 2026 |

The parties await guidance from the Court as to the acceptability of the above schedule. Please let the parties know if the Court wishes any additional information.

Hearing is set for 10/8/26 at 10:30 a.m.
So ordered
9-16-26
A.K. Hellerstein

Respectfully,

Mark E. Donnelly
Andres Sánchez
Parker Sánchez & Donnelly, PLLC
700 Louisiana, Suite 4520
Houston, TX 77002
713.659.7205
mark@psd.law

*Counsel for Cilia Adela Flores de Maduro*

CC: Counsel of Record (via email)