# EXHIBIT A

# DECLARATION OF JUAN PABLO SEGURA

I, Juan Pablo Segura, hereby declare under the penalty of perjury under the laws of the United States that the following is true and correct:

1. I have been employed with the Department of State since March 2026 and was sworn in as Assistant Secretary for Western Hemisphere Affairs on August 14, 2026. The Bureau of Western Hemisphere Affairs is the office responsible for promoting U.S. foreign policy in the Western Hemisphere.

2. I base this declaration on my expertise and experience in the Bureau of Western Hemisphere Affairs.

3. For decades, Venezuela was plagued by successive Chavista governments which systematically destroyed its democratic institutions and economy, repressed freedom of expression, and committed other serious human rights abuses. On January 23, 2019, after fraudulent presidential elections orchestrated by Nicolás Maduro in May 2018 left Venezuela without a legitimate winner, the National Assembly that had been democratically elected in 2015 ("2015 National Assembly") invoked the

Venezuelan constitution to declare the office of the presidency vacant. Consistent with the Venezuelan constitution, the President of the National Assembly, Juan Guaidó, was sworn in as Interim President of the country.

4. On January 23, 2019, President Trump issued a public statement recognizing Guaidó as the interim President of Venezuela.[1] Some sixty States decided to recognize the government of interim president Juan Guaidó as the government of Venezuela in 2019.[2] After the 2015 National Assembly voted in December 2022 to remove Guaidó as interim President, the State Department issued the following statement on January 3, 2023: "The United States continues to recognize the democratically elected 2015 National Assembly as the last remaining democratic institution in Venezuela."[3]

---

[1] Statement from President Donald J. Trump Recognizing Venezuelan National Assembly President Juan Guaido as the Interim President of Venezuela (Jan. 23, 2019), https://trumpwhitehouse.archives.gov/briefings-statements/statement-president-donald-j-trump-recognizing-venezuelan-national-assembly-president-juan-guaido-interim-president-venezuela/.

[2] See, e.g., Recognition of Juan Guaido as Venezuela's Interim President by Several European Countries (Feb. 4, 2019), https://2017-2021.state.gov/recognition-of-juan-guaido-as-venezuelas-interim-president-by-several-european-countries/; *Estos son los 54 países que reconocen a Guaidó, y que Maduro ignora*, PANAM POST (Feb. 12, 2019), https://es.panampost.com/miguel-camacho/2019/02/12/paises-reconocen-guaido/.

[3] Press Statement, Ned Price, Spokesperson, Dep't of State, Venezuela's Interim Government and the 2015 National Assembly (Jan. 3, 2023), https://2021-2025.state.gov/venezuelas-interim-government-and-the-2015-national-assembly/.

5. Since January 23, 2019, the United States has not recognized Maduro as the Head of State of Venezuela and that nonrecognition continues to the present.

6. On March 5, 2026, the Department of State issued a statement announcing the normalization of U.S. relations with Venezuela under interim President Delcy Rodríguez.[4] Remarking on this development at a summit with Latin American leaders on March 7, President Trump noted that "this week we have formally recognized the Venezuelan government [under Delcy Rodríguez]" and added: "We've actually legally recognized them."[5]

7. Normalization has facilitated joint U.S.-Venezuela efforts to promote stability, support economic recovery, and advance political reconciliation in Venezuela. Our engagement is focused on helping the Venezuelan people move forward through a phased process that creates the conditions for a peaceful transition to a democratically elected government. In order to facilitate this transition, the United States recognized and continues to recognize Delcy Rodríguez as

---

[4] Media Note, A Statement on U.S.-Venezuela Relations (Mar. 5, 2026), https://www.state.gov/releases/office-of-the-spokesperson/2026/03/a-statement-on-u-s-venezuela-relations.

[5] Video, President Trump Delivers Remarks at the Shield of the Americas Summit (Mar. 8, 2026), https://www.whitehouse.gov/videos/president-trump-delivers-remarks-to-the-shield-of-americas-summit/, at 31:14.

the sole head of state, able to speak for and take action on behalf of Venezuela.

8. Consistent with the recognition of Delcy Rodríguez as the sole head of state of Venezuela, the Embassy of Venezuela requested that the Department of State certify the immunity of President Rodríguez in separate litigation, *Kenemore v. Maduro*, 1:25-cv-23652 (S.D. Fla.). The Embassy of Venezuela informed the Department of State of the suit, in which President Rodríguez had been named as one of the individual defendants, along with Nicolás Maduro. In a diplomatic note dated May 14, 2026, the Venezuelan Embassy conveyed the formal request from the Venezuelan government that the United States make a determination that Rodríguez enjoyed head-of-state immunity from the pending suit, "in accordance with well-established principles of customary international law and international sovereign courtesy, which provide that a recognized incumbent Head of State enjoys absolute immunity from judicial proceedings in foreign domestic courts." The note further requested that the United States file a suggestion of immunity seeking dismissal of Rodríguez from the suit. It is my understanding that

the United States did file such a suggestion of immunity on July 20, 2026, informing the court that Rodríguez was the head of state and enjoyed immunity from that suit. Although Nicolás Maduro was also named as a defendant in that suit, Venezuela did not ask the United States to assert immunity on his behalf, and the court granted default judgment against him on July 15, 2026.

I declare under penalty of perjury under the law of New York that the foregoing is true and correct.

Executed on the second day of October 2026, at Washington, D.C.

Juan Pablo Segura
Assistant Secretary for Western Hemisphere Affairs
U.S. Department of State