**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**VS** **S5 11-cr-205 (AKH)**

**CILIA ADELA FLORES de MADURO,**
**Defendant.**

**DECLARATION OF M. ANDRES SANCHEZ ROSS**

I, M. Andres Sanchez-Ross, declare under penalty of perjury that the foregoing is true and correct:

1. "My name is Miguel Andres Sanchez-Ross. I am over 18 years of age, of sound mind, and capable of making this declaration. My address is 700 Louisiana, Suite 4520, Houston, Texas 77002, United States of America. The facts stated in this affidavit are within my personal knowledge.

2. "I am an attorney licensed to practice in the State of Texas.

3. "I have never been convicted of a felony.

4. "I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. "There are no disciplinary proceedings presently pending against me.

Executed in New York, New York, on the 8th day of October 2026.

__________________________
M. Andres Sanchez-Ross