**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

– v. –

NICOLÁS MADURO MOROS and
CILIA ADELA FLORES DE MADURO,

Defendants.

S5 11 Cr. 205 (AT)

**DECLARATION OF M. ANDRÉS SÁNCHEZ-ROSS IN SUPPORT OF DEFENDANT CILIA ADELA FLORES DE MADURO'S MOTION TO DISMISS THE FIFTH SUPERSEDING INDICTMENT FOR LACK OF JURISDICTION ON GROUNDS OF SOVEREIGN IMMUNITY**

1. I, M. Andrés Sánchez-Ross, declare as follows pursuant to 28 U.S.C. § 1746:

2. I am counsel for defendant Cilia Adela Flores de Maduro. I submit this declaration in support of Mrs. Flores de Maduro's motion to dismiss the Fifth Superseding Indictment, S5 11 Cr. 205 (Oct. 6, 2026), for lack of jurisdiction on grounds of sovereign immunity, which renews and incorporates her motion of September 2, 2026 (ECF 324, 325).

3. Except where otherwise stated, the matters set forth below are within my personal knowledge, which consists of my review of the documents identified in this declaration. I reviewed each document at the link provided in the Index of Sources on the date stated in the "Viewed on" column of that Index, and preserved a copy of each as it appeared on that date; the filings cited from the dockets of other courts were obtained from those dockets. Copies will be furnished to the Court and to the government upon request.

4. The quotations below are reproduced as they appear in the source documents. Ellipses indicate omitted material; no emphasis has been added. Where a statement was made in Spanish, I have provided the original and an English translation that I prepared; I am fluent in both languages.

5. This declaration collects statements and documents found in public sources. They are submitted solely as evidence that the statements were made, and of who made them, when, and in what context. Neither Mrs. Flores de Maduro nor her counsel necessarily adopts, accepts or agrees with the characterizations, assertions or conclusions contained in any of them.

## PART ONE

## STATEMENTS AND DOCUMENTS OF THE EXECUTIVE BRANCH CONCERNING NICOLÁS MADURO MOROS AND HIS GOVERNMENT, 2019 – JANUARY 2026

### A. Statements concerning recognition and the exercise of authority within Venezuela

6. On January 23, 2019, the White House issued a written statement of President Trump stating: "Today, I am officially recognizing the President of the Venezuelan National Assembly, Juan Guaido, as the Interim President of Venezuela. In its role as the only legitimate branch of government duly elected by the Venezuelan people, the National Assembly invoked the country's constitution to declare Nicolas Maduro illegitimate, and the office of the presidency therefore vacant." (Source 1.) The Executive Branch has repeated, through January 2026, that it does not recognize Mr. Maduro Moros as President of Venezuela; several of those statements are set out below in the context in which they were made.

7. The United States recognized Mr. Guaidó as interim President of Venezuela from January 23, 2019 until January 3, 2023, when the 2015 National Assembly dissolved the interim government (¶ 23 below). During that period the Executive Branch issued the following documents concerning the exercise of authority within Venezuela.

8. On January 28, 2019, the Department of the Treasury announced the designation of Petróleos de Venezuela, S.A. in a press release stating: "PdVSA is a Venezuelan state-owned oil company and a primary source of Venezuela's income and foreign currency, to include U.S. dollars

and Euros." The release quotes Secretary of the Treasury Steven T. Mnuchin: "The path to sanctions relief for PdVSA is through the expeditious transfer of control to the Interim President or a subsequent, democratically elected government." (Source 2.)

9. On March 14, 2019, the Department of State issued a statement of Secretary of State Michael R. Pompeo entitled "Temporary Departure of U.S. Diplomatic Personnel from Venezuela," stating: "Today, all U.S. diplomats remaining in Venezuela departed the country." (Source 3.) On April 5, 2019, the Department of State issued a media note entitled "Signing of Protecting Power Arrangement for the United States in Venezuela," stating: "The United States and Switzerland reached an arrangement on April 5, 2019 regarding the Swiss acting as a protecting power for U.S. interests in Venezuela. Until further notice that the arrangement is operative, the Swiss will not be able to provide services." (Source 4.) The media release of the Swiss Federal Council of the same date states: "Switzerland is to represent the interests of the United States in Venezuela. Federal Councillor Ignazio Cassis signed an agreement to this end with US Ambassador Edward T. McMullen in Bern on Friday 5 April 2019. The arrangement requires Venezuela's approval before coming into effect." It further states: "In mid-March, the US government officially asked the FDFA to undertake a protecting power mandate for them in Venezuela," and: "Venezuela will now examine in detail Switzerland's mandate. If it is formally accepted by Venezuela, the Swiss protecting power mandate will then come into effect." (Source 5.) On May 8, 2019, the spokesperson of the Embassy of Switzerland in Washington, Andreas Ledergerber, stated: "In order for the arrangement to become operational, it needs to be formally accepted (by diplomatic note) by Venezuela. This has not happened yet." (Source 6.) Article 45 of the Vienna Convention on Diplomatic Relations, to which the United States and Venezuela are parties, provides that if diplomatic relations are broken off between two States, or if a mission is

permanently or temporarily recalled, "the sending State may entrust the protection of its interests and those of its nationals to a third State acceptable to the receiving State." (Source 6B, art. 45(c); Source 6C.)

10. On May 13, 2019, Didier Chassot, who had served as chargé d'affaires of Switzerland in Caracas since 2016, presented his credentials to Mr. Maduro Moros at the Miraflores Palace as Ambassador of Switzerland to Venezuela, as reported on May 14, 2019 by swissinfo.ch, the international service of the Swiss Broadcasting Corporation, which stated that the Swiss Foreign Ministry had confirmed the accreditation that day. The report reproduces a post of Mr. Maduro Moros of May 13, 2019 stating: "En el marco de nuestra diplomacia de paz, el excelentísimo Didier Chassot, me entregó las Cartas Credenciales que lo acreditan como Embajador designado de la Confederación Suiza en Venezuela" ("Within the framework of our diplomacy of peace, His Excellency Didier Chassot delivered to me the Letters of Credence that accredit him as Ambassador-designate of the Swiss Confederation in Venezuela"). Of the protecting-power mandate, the report states: "Para que ese mandato entre en vigor se requiere el acuerdo de Venezuela, país que hasta ahora no se ha manifestado. Sin embargo, las conversaciones al respecto se están llevando a cabo" ("For that mandate to enter into force the agreement of Venezuela is required, a country that so far has not expressed itself. However, the conversations on the matter are being carried out"). (Source 7.) On October 6, 2020, the Government of Venezuela published a release of the Presidential Press Office stating: "El gobierno de la Confederación Suiza ratificó este martes su reconocimiento a la gestión del presidente Nicolás Maduro en Venezuela, con el envío de su nuevo embajador a la nación suramericana, Jürg Sprecher, quien entregó las cartas credenciales al jefe de Estado y de Gobierno venezolano" ("The government of the Swiss Confederation on Tuesday ratified its recognition of the administration

of President Nicolás Maduro in Venezuela, by sending its new ambassador to the South American nation, Jürg Sprecher, who delivered his letters of credence to the Venezuelan head of State and Government"), and recalling that "el gobierno de Donald Trump solicitó a Suiza que ejerciera, lo que denominó, 'un mandato de potencia protectora en Venezuela'" ("the government of Donald Trump asked Switzerland to exercise what it called 'a protecting power mandate in Venezuela'"). (Source 8.)

11. On August 5, 2019, President Trump issued Executive Order 13884, "Blocking Property of the Government of Venezuela," published at 84 Fed. Reg. 38843 (Aug. 7, 2019). Section 1(a) provides: "All property and interests in property of the Government of Venezuela that are in the United States, that hereafter come within the United States, or that are or hereafter come within the possession or control of any United States person are blocked and may not be transferred, paid, exported, withdrawn, or otherwise dealt in." Section 6(d) provides: "the term 'Government of Venezuela' includes the state and Government of Venezuela, any political subdivision, agency, or instrumentality thereof, including the Central Bank of Venezuela and Petroleos de Venezuela, S.A. (PdVSA), any person owned or controlled, directly or indirectly, by the foregoing, and any person who has acted or purported to act directly or indirectly for or on behalf of, any of the foregoing, including as a member of the Maduro regime." (Source 9, at 38843–44.)

12. On March 9, 2021, the Department of Homeland Security published a notice designating Venezuela for Temporary Protected Status, signed by the Secretary of Homeland Security, Alejandro N. Mayorkas. In the section explaining the designation, the notice states: "Maduro continued to exert control over all Venezuelan institutions after January 2019, aside from the legitimately elected, opposition-controlled 2015 National Assembly." (Source 10, at 13576.)

**B. Statements and documents describing negotiations, agreements and communications between the United States and Mr. Maduro Moros or his government**

**1. 2019 – 2020**

13. On August 20, 2019, in an exchange with reporters in the Oval Office, President Trump was asked: "Mr. President, on Venezuela, is the White House in contact with the Maduro regime——" He answered: "Yes." Asked "——with his number two, Cabello?" he answered: "Well, we're—we are in touch. We're talking to various representatives of Venezuela. We're helping Venezuela as much as we can. We're staying out of it, but we are helping it, and it needs a lot of help." He added: "We are talking to the representatives at different levels of Venezuela. Yes." Asked "To Cabello or is there——" he answered: "I don't want to say who, but we are talking at a very high level." (Source 11.)

14. The indictment in this case was announced on March 26, 2020. On March 31, 2020, the Department of State held an on-the-record briefing with the Special Representative for Venezuela, Elliott Abrams, on the "Democratic Transition Framework for Venezuela." Asked by a reporter, "Were the indictments part of your strategy?", Mr. Abrams stated:

> "First of all, again, the State Department does not indict people. The Treasury Department does not indict people. Indictments are not part of any policy. They're the product of the system of justice. They're a product of U.S. Attorneys' work around the country. They're the product of grand juries. So criminal indictments are not a foreign policy matter. Now, we can all speculate as to the impact of those indictments. I think they certainly make Maduro and the other indicted more toxic around the world as governments and individuals look at them, but they are not part of a policy process. That's our system of government. It's sometimes difficult to explain to people from other systems where they are part of a policy process, even in some democracies, but that's not how it works in the U.S. The Justice Department informs people about indictments that have occurred that – about indictments that have actually happened. They don't confer with other agencies of government about it as a matter of foreign policy."

15. Earlier in the same briefing, asked whether the indictments meant that Mr. Maduro Moros had "even less incentive than ever to talk or to make a deal," Mr. Abrams stated: "The indictments come from our system of justice, from U.S. attorneys in New York and Florida, from grand juries in New York and Florida. They're not a matter of policy in the way sanctions that are worked on by the State Department and the Treasury Department are." (Source 12.)

16. In an interview conducted in the Oval Office on June 19, 2020 and published by Axios on June 21, 2020, President Trump, asked whether he would meet with Mr. Maduro Moros, stated: "I would maybe think about that. … Maduro would like to meet. And I'm never opposed to meetings — you know, rarely opposed to meetings. I always say, you lose very little with meetings. But at this moment, I've turned them down." Asked whether he regretted having followed the advice of his former National Security Advisor on the recognition of Mr. Guaidó, he answered "not particularly," and then stated: "I could have lived with it or without it, but I was very firmly against what's going on in Venezuela." He also stated: "Guaidó was elected. I think that I wasn't necessarily in favor, but I said — some people that liked it, some people didn't. I was OK with it. I don't think it was — you know, I don't think it was very meaningful one way or the other." (Source 13.) On June 22, 2020, the President posted: "Unlike the radical left, I will ALWAYS stand against socialism and with the people of Venezuela. My Admin has always stood on the side of FREEDOM and LIBERTY and against the oppressive Maduro regime! I would only meet with Maduro to discuss one thing: a peaceful exit from power!" (Source 14.)

**2. 2022**

17. On March 7, 2022, at a White House press briefing, Press Secretary Jen Psaki was asked about "[a]dministration officials … meeting with foreign counterparts in Venezuela." She stated: "As it relates to Venezuela, the purpose of the trip that was taken by administration officials

was to discuss a range of issues — including, certainly, energy security — but also to discuss the health and welfare of detained U.S. citizens.” Asked whether it was “really worth doing business with a despot like Nicolás Maduro to drive down gas prices,” she stated: “There was a discussion that was had by members of the administration over the course of the last several days. Those discussions are also ongoing. And part of our focus is also on the health and welfare of detained U.S. citizens — while a separate process, still that is part of our engagement with them.” She further stated: “There are different channels. And, obviously, we’re going to continue to do everything we can to bring anyone who is detained in Venezuela or any other part of the world home, but they happen through different tracks. They’re all a part of the conversation with Venezuela writ large, but not at the same time.” (Source 15.)

18. On March 10, 2022, asked at the White House press briefing about the trip, Ms. Psaki stated: “Well, I think our engagement with Maduro — who we don’t recognize, as you know, as the leader of Venezuela but who is detaining American citizens — was to bring American citizens home. That was our first priority in those engagements.” (Source 16.)

19. In a White House background press call held on March 9, 2022 and released the following day, a senior administration official described the trip as “the first visit by a White House official to Venezuela since the inauguration of Hugo Chávez in the late ’90s,” and stated: “We traveled down there to secure the release of detained Americans and to urge a return to the negotiating table, which is something that, again, the international community and even representatives from the opposition had urged us to do. There is no dialogue between us and the regime. Dialogue really has to be between the Venezuelan people on the future of the country.” The official added that it was thought “of value to have White House representation, given the asks that were coming from the regime.” (Source 17.)

20. On March 8, 2022, President Biden issued a statement: "Tonight—two Americans who were wrongfully detained in Venezuela will be able to hug their families once more. We are bringing Gustavo Cardenas and Jorge Fernandez home." (Source 18.) On March 9, 2022, Ms. Psaki was asked: "If the United States recognizes Guaidó as the leader of Venezuela, why did the U.S. feel it necessary to negotiate with the Maduro regime? And was the Guaidó team made aware of the plans for U.S. officials to go to Venezuela to meet with the Maduro government before they went?" She stated: "On the last, I just don't have anything more to convey to you about private diplomatic conversations," and: "part of our effort here, as you now know, was related to the health and wellbeing of American citizens detained in Venezuela, hence we had discussions with those who are detaining them." At the close of the briefing she was asked: "Does the U.S. recognize Juan Guaidó as the Interim President of Venezuela?" She answered: "That we had — that's how we've — we have referred to him, yes." Asked again, "Does the U.S. recognize Juan Guaidó —", she answered: "That's how we refer to him." (Source 19.)

21. On October 1, 2022, President Biden issued a statement: "Today, after years of being wrongfully detained in Venezuela, we are bringing home Jorge Toledo, Tomeu Vadell, Alirio Zambrano, Jose Luis Zambrano, Jose Pereira, Matthew Heath, and Osman Khan." (Source 20.) In a White House background press call on the same subject, a senior administration official stated: "The safe return of these seven Americans is the outcome of tough negotiations. We have been raising their cases with the Venezuelans for months now and pursuing just and timely outcomes." The official stated: "These were direct discussions between the United States and Venezuela." The official further stated: "it became clear in the course of negotiations that the release of two Venezuelans, Efrain Antonio Campo Flores and Francisco Flores de Freitas, sometimes referred to as the 'narco nephews' due to their relationship with Nicolás Maduro's wife,

was essential to securing the release of these Americans," and: "in the course of the conversations that led to this, we explored with the Venezuelans various options, consistent with our own national interests. And some of the things that we have talked about, we will continue to talk about." Asked whether the conversations had extended to the bilateral relationship, the official stated: "I think we'll probably leave our conversations with the Venezuelans between us and the Venezuelans," and, asked whether the President had personally spoken with Mr. Maduro Moros, "I think I'll probably stay away from the first one a bit and leave the negotiation in the details and who conducted them to the folks who conducted them." (Source 21.)

22. On November 26, 2022, the Department of the Treasury issued a press release announcing Venezuela General License 41. It states: "On November 26th, the Unitary Platform and the Maduro regime announced the resumption of talks in Mexico City; a humanitarian agreement focused on education, health, food security, flood response, and electricity programs that will benefit the Venezuelan people; and agreement on the continuation of talks focused on the 2024 elections. Following this announcement and consistent with U.S. government policy, the Department of the Treasury's Office of Foreign Assets Control (OFAC) issued Venezuela General License (GL) 41, authorizing Chevron Corporation to resume limited natural resource extraction operations in Venezuela." It further states: "The United States welcomes and supports the reopening of negotiations between the Unitary Platform and the Maduro regime … ." (Source 22.)

**3. 2023**

23. On January 3, 2023, the day the 2015 National Assembly dissolved the interim government, the Department of State issued a press statement by its Spokesperson, Ned Price, stating: "The United States continues to recognize the democratically elected 2015 National Assembly as the last remaining democratic institution in Venezuela, and we welcome the

agreement reached to extend its authority." The same statement provides: "We continue to call on Nicolás Maduro to make meaningful progress in the negotiations in Mexico with the Unitary Platform focused on the 2024 elections." The statement does not identify any person or body as the recognized government or head of state of Venezuela. (Source 23.)

24. A three-page document headed "Memorando de entendimiento (28.9.2023)" records understandings reached in Doha, Qatar between the delegations of the United States and of Venezuela. Its first paragraph states: "Las delegaciones de los Estados Unidos de América ('EEUU') y de la República Bolivariana de Venezuela ('Venezuela') (juntos 'Los Participantes') tienen la intención de dar una serie de pasos que lleven a la normalización de las relaciones diplomáticas" ("The delegations of the United States of America ('USA') and of the Bolivarian Republic of Venezuela ('Venezuela') (together 'the Participants') intend to take a series of steps leading to the normalization of diplomatic relations"). Under the heading "Compromisos graduales y que se refuerzan mutuamente" ("Gradual and mutually reinforcing commitments"), it sets out three phases of "medidas recíprocas y de refuerzo mutuo" ("reciprocal and mutually reinforcing measures"). In Phase 1, Venezuela was to provide the United States, "con fines informativos" ("for informational purposes"), a copy of the draft political agreement negotiated with the Plataforma Unitaria; to announce with the Plataforma the date of the next round of dialogue "bajo el formato del memorando de entendimiento del 13 de agosto de 2021 firmado en la Ciudad de México entre el 'Gobierno de la República Bolivariana de Venezuela y la Plataforma Unitaria de Venezuela'" ("under the format of the memorandum of understanding of August 13, 2021 signed in Mexico City between the 'Government of the Bolivarian Republic of Venezuela and the Unitary Platform of Venezuela'"); to sign with the Plataforma a political agreement "concluido entre venezolanos sin ningún tipo de influencia externa" ("concluded among Venezuelans without any kind of

external influence") providing for a presidential election "a más tardar a finales de 2024" ("no later than the end of 2024"), for the authorization of candidates, for international observation, for an audit of the electoral registry and for media access; and to "[t]omar medidas conforme a la ley para el otorgamiento de libertad a 25 personas privadas de libertad" ("take measures in accordance with law for the release of 25 persons deprived of liberty"). The United States, for its part, was to "[e]mitir un comunicado respaldando el anuncio del reinicio de las conversaciones" ("issue a statement supporting the announcement of the resumption of the talks"); to issue specific licenses for the payment of PetroCaribe debt to Venezuelan entities and for transactions with the Banco de Venezuela, to modify the license for Trinidad and Tobago, and to issue comfort letters to ENI, Repsol and Maurel & Prom; to "[e]mitir una Licencia General, para ser renovada cada 6 meses basada en entendimientos mutuos, para autorizar operaciones nuevas y existentes en los sectores de gas y petróleo de Venezuela" ("issue a General License, to be renewed every 6 months based on mutual understandings, to authorize new and existing operations in Venezuela's gas and oil sectors"); and to issue general authorizations for secondary trading in Venezuelan debt and for the gold sector. It states: "Los Participantes se comprometen a establecer un plan de acción destinado a la liberación de personas privadas de libertad, de interés mutuo de manera acordada" ("The Participants undertake to establish a plan of action for the release of persons deprived of liberty, of mutual interest, in an agreed manner"). Phase 2 contemplated the announcement by "el Poder Electoral de Venezuela" of the presidential electoral calendar and the invitation of observation missions of the European Union, the Carter Center and the United Nations, and "una segunda Licencia General para suspender las sanciones económicas basadas en la emergencia nacional con respecto a Venezuela" ("a second General License to suspend the economic sanctions based on the national emergency with respect to Venezuela"). Phase 3 provides: "Tras la celebración de

elecciones presidenciales y la toma de posesión del Presidente debidamente electo, Estados Unidos desbloquea los activos del gobierno venezolano actualmente congelados en los Estados Unidos. Además, Estados Unidos levanta todas las sanciones/designaciones basadas en la emergencia nacional respecto a Venezuela y revoca todas las Ordenes Ejecutivas basadas en la emergencia nacional declarada por Estados Unidos respecto a Venezuela así como la Orden Ejecutiva que declara dicha emergencia, de conformidad con la legislación de Estados Unidos; y los Participantes normalizan las relaciones diplomáticas y consulares" ("After the holding of presidential elections and the inauguration of the duly elected President, the United States unblocks the assets of the Venezuelan government currently frozen in the United States. In addition, the United States lifts all sanctions/designations based on the national emergency with respect to Venezuela and revokes all Executive Orders based on the national emergency declared by the United States with respect to Venezuela as well as the Executive Order declaring that emergency, in accordance with United States law; and the Participants normalize diplomatic and consular relations"). The document then states: "Memorando de Entendimiento No Vinculante. Este Memorando de Entendimiento establece compromisos políticos de los Participantes y no crea derechos u obligaciones internacionales vinculantes entre ellos. Este Memorando de Entendimiento de ninguna manera sugiere que Venezuela acepta o respalda las sanciones" ("Non-Binding Memorandum of Understanding. This Memorandum of Understanding establishes political commitments of the Participants and does not create binding international rights or obligations between them. This Memorandum of Understanding in no way suggests that Venezuela accepts or endorses the sanctions"). The execution clause reads "Firmado este ____ día de ____________, 2023, en Doha, Qatar" ("Signed this ____ day of ____________, 2023, in Doha, Qatar"), with the day and month left blank. The signature line "En nombre de la República Bolivariana Venezuela" bears a

signature; the signature line "En nombre de los Estados Unidos de América" is blank. Each of the three pages bears at its foot two sets of handwritten initials in different hands, one of which corresponds to the signature on the Venezuelan signature line. The document was published by Mr. Maduro Moros on August 1, 2024, as described in ¶ 38 below. The copy described here is the copy published by the Venezuelan news organization Runrun.es with its report of August 9, 2024, which states that the news organization Efecto Cocuyo "verificó que se corresponde con el documento finalmente suscrito por las partes" ("verified that it corresponds to the document finally signed by the parties"). (Source 23B; Source 23C; Source 23D.)

25. On October 5, 2023, at a joint press availability in Mexico City with the Secretary of State and the Attorney General, the Secretary of Homeland Security, Alejandro N. Mayorkas, stated: "And we have now successfully negotiated an agreement with the country of Venezuela to repatriate those Venezuelan nationals who have arrived subsequent to July 31st and do not have a basis to remain in the United States." The Department of Homeland Security announced the same day that "[t]his announcement follows a decision by authorities from Venezuela to accept the return of Venezuelan nationals … ." (Source 24; Source 25.)

26. On October 5, 2023, the Government of Venezuela published a communiqué stating: "El Gobierno Bolivariano de Venezuela anuncia que, en el marco de las conversaciones sostenidas entre las autoridades de la República Bolivariana de Venezuela y las autoridades de los Estados Unidos de América, ha suscrito un acuerdo sobre migración que permita la repatriación ordenada, segura, y legal de ciudadanos venezolanos desde los Estados Unidos" ("The Bolivarian Government of Venezuela announces that, within the framework of the conversations held between the authorities of the Bolivarian Republic of Venezuela and the authorities of the United States of America, it has signed an agreement on migration to permit the orderly, safe and legal

repatriation of Venezuelan citizens from the United States”). (Source 25B.) On October 6, 2023, in a conference call with reporters, Deputy Assistant Secretary of State Mark Wells stated: “As we have done with countries from all over the world, for a long time we have urged Venezuela to accept its citizens. And we are glad that they agreed,” and that “both of our governments have discussed an arrangement to ensure the safe, orderly and humane repatriation of Venezuelan migrants who do not qualify for protection under our laws.” On the same call the Assistant Secretary for Border and Immigration Policy of the Department of Homeland Security, Blas Nuñez-Neto, stated: “It is a principle of international law that governments should accept direct repatriations of their nationals who do not establish a legal basis for remaining in the United States.” (Source 25C.)

27. On October 16, 2023, the Department of State issued a press statement by its Spokesperson, Matthew Miller, entitled “Venezuelans Return to Negotiations,” stating: “The United States welcomes the announcement by Maduro representatives and the Unitary Platform to resume Venezuelan-led negotiations in Barbados. Along with likeminded partners and other friends of Venezuela, the United States will continue its efforts to unite the international community in support of the Venezuelan-led negotiation process.” (Source 25D.)

28. On October 17, 2023, the Department of State published a joint statement of the Secretary of State, the High Representative of the European Union for Foreign Affairs and Security Policy, the Minister of Foreign Affairs of Canada and the Secretary of State for Foreign, Commonwealth and Development Affairs of the United Kingdom “on the Venezuela Negotiations in Barbados,” stating: “We welcome the Venezuelan-led political agreement reached today in Barbados. This agreement represents a necessary step in the continuation of an inclusive dialogue process and the restoration of democracy in Venezuela,” and: “We are grateful to Barbados for

hosting the negotiations and to Norway for its leadership in facilitating the negotiations." (Source 25E.)

29. On October 18, 2023, the Department of the Treasury issued a press release entitled "In Response to Electoral Roadmap, Treasury Issues New Venezuela General Licenses." Its first sentence states: "In response to the signing of an electoral roadmap agreement between Venezuela's Unitary Platform and representatives of Maduro, and in support of the Venezuelan people, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) today issued 4 General Licenses suspending select sanctions." It quotes Under Secretary Brian E. Nelson: "The United States welcomes the signing of an electoral roadmap agreement between the Unitary Platform and Maduro representatives. … Treasury is prepared to amend or revoke authorizations at any time, should representatives of Maduro fail to follow through on their commitments." It states of General License 44: "The license will be renewed only if Venezuela meets its commitments under the electoral roadmap as well as other commitments with respect to those who are wrongfully detained." (Source 26.)

30. OFAC's published guidance on those licenses states: "The U.S. government intends to renew GL 44 only if the representatives of Maduro follow through with their commitments and take continued concrete steps toward a democratic election by the end of 2024." It also states that "all other sanctions prohibitions imposed by the United States with respect to Venezuela, including on the Government of Venezuela, remain in place." (Source 27, FAQ 3 and introductory paragraph.) General License 45, issued the same day and later published in the Federal Register, authorized "all transactions ordinarily incident and necessary to the repatriation of Venezuelan nationals from non-U.S. jurisdictions in the Western Hemisphere to Venezuela, and are exclusively

for the purposes of such repatriation, involving Consorcio Venezolano de Industrias Aeronáuticas y Servicios Aéreos, S.A. (Conviasa) … .” (Source 28, at 76994.)

31. On October 18, 2023, the Department of State held a briefing by two senior administration officials on the sanctions actions. The first official stated: “The United States Government retains the authority to amend or revoke all authorizations should Maduro and his representatives fail to follow through on their commitments,” and: “the clear understanding and the context of the negotiations has been that the Maduro authorities will act expeditiously to authorize all candidates.” The same official stated: “The United States, with the assistance of Qatar, has worked to support and encourage this process as well and make sure that an incentive structure to make real changes exists,” and: “we have conveyed our expectation clearly that that will be a key part of the implementation of this process.” The second official stated: “we have conveyed our expectation directly to representatives of Nicolas Maduro that they will take these – those steps before the end of November.” (Source 29.)

32. On October 18, 2023, the Department of Homeland Security announced: “Today, the United States, led by the U.S. Department of Homeland Security (DHS), with support from U.S. Immigration and Customs Enforcement (ICE) and U.S. Customs and Border Protection, facilitated the first charter flight to Venezuela as part of other routine ICE removal flights conducted throughout the hemisphere and around the world.” (Source 30.)

33. On December 20, 2023, President Biden issued a statement on the release of Americans detained in Venezuela, which states: “We are ensuring that the Venezuelan regime meets its commitments. They have announced an electoral roadmap – agreed to by opposition parties – for competitive Presidential elections in 2024. … And today, they are releasing twenty political prisoners, on top of five released previously.” The statement also reports that “a fugitive

named Leonard Francis, who fled the United States before he could be sentenced for his lead role in a brazen bribery and corruption case – was arrested and returned to the United States from Venezuela so that he will face justice … .” (Source 31.) In remarks to reporters in Milwaukee the same day, President Biden was asked: “has Maduro committed to you that he will allow all candidates to run in the next Presidential election in Venezuela?” He stated: “I have not spoken to Maduro. He’s committed to our—we’ve laid down specific requirements for a democratic election. He’s agreed to all of them.” He also stated: “Venezuela thus far is keeping their commitment toward the democratic election. Not over yet, but they’ve made detailed commitments. We’ll see if they hold them. But we’re going to hold them accountable.” The editorial note to the official transcript identifies the person referred to as “President Nicolás Maduro Moros of Venezuela.” (Source 32.) Upon returning to the White House that evening he was asked: “Why is it okay for the U.S. to be negotiating with the Maduro Government and sending back people in Justice Department custody?” He stated: “It’s okay because we’re freeing Americans, people who were held illegally. And we—I’ve made a deal with Venezuela that they’ll hold free elections. So far, they’ve maintained their requirements. And that’s it.” (Source 33.)

34. In a White House background press call on December 20, 2023, senior administration officials stated, among other things: “In order to make this exchange, the President had to make the extremely difficult decision to offer something that the Venezuelan counterparts have actively sought, and he made the decision to grant clemency to Alex Saab”; “the outcomes of today are the result of several months of negotiations, active internal deliberations, and regular consultation with the President, who’s been apprised of every step of this process since the direct negotiations with representatives from Venezuela started in May”; “National Security Advisor Jake Sullivan oversaw the negotiations”; the April 2023 Bogotá meeting “laid the groundwork for

the direct negotiations between the United States and representatives of Nicolás Maduro"; "pursuing an approach where we are engaging directly with representatives of Nicolás Maduro … has really been what has allowed us to make breakthroughs"; and, of Qatar, "for months they facilitated conversations between Maduro authorities and U.S. officials, aimed at clearing a path toward a competitive election in 2024 and the return of wrongfully detained Americans." Asked whether Mr. Maduro Moros was "still facing charges in the United States," an official stated: "Nicolás Maduro is still facing pending charges in the United States. That remains in place." An official also stated: "As part of the discussions, the administration has made abundantly clear the expectation that additional Americans are not detained, and has secured commitments along those lines." (Source 34.)

35. On December 20, 2023, Secretary of State Antony Blinken issued a press statement describing "the electoral roadmap agreement signed by representatives of Maduro and of the Unitary Platform in Barbados in October." (Source 35.) By a warrant signed December 15, 2023 and effective upon its delivery, President Biden granted Alex Nain Saab Moran "a full pardon" for the offenses charged in the indictment in the Southern District of Florida, conditioned, among other things, on the requirement that he "shall depart the United States" and "shall thereafter remain outside the limits of the United States, its territories, and its possessions." (Source 36.)

**4. 2024**

36. On January 27, 2024, the Department of State issued a press statement stating that the Venezuelan Supreme Court's decision to disqualify María Corina Machado "is inconsistent with the commitment by Nicolás Maduro's representatives to hold a competitive Venezuelan presidential election in 2024" and "runs contrary to the commitments made by Maduro and his representatives under the Barbados electoral roadmap agreement." (Source 37.)

37. On April 17, 2024, the Department of State announced that General License 44 would expire, stating: "After a careful review of the current situation in Venezuela, the United States determined Nicolas Maduro and his representatives have not fully met the commitments made under the electoral roadmap agreement, which was signed by Maduro representatives and the opposition in Barbados in October 2023." (Source 38.) In a White House background press call the same day, a senior administration official stated: "we have been consistent in our public messaging and our private messaging that maintaining this sanctions relief in Venezuela's oil and gas sector depends on Maduro's commitment to uphold the Barbados Agreement," and: "We will continue to engage with all stakeholders — including Maduro representatives, the democratic opposition, civil society, and the international community." Asked about contacts with political actors inside Venezuela, an official stated: "Through our Venezuela Affairs Unit as well as folks here in Washington, we have contact with a broad, broad range of political actors inside Venezuela. And I don't want to get into the specific nature of those discussions," and another official stated that the United States' engagement "includes, at certain junctures, direct engaging with the Venezuelan authorities." (Source 39.)

38. On August 1, 2024, Mr. Maduro Moros published on his account on X images of the three pages of the memorandum of understanding described in ¶ 24 above, with the statement: "Siempre he dialogado, si el gobierno de los EE. UU. está dispuesto a respetar la soberanía y dejar de amenazar a #Venezuela podemos retomar el #Diálogo pero con base en un punto único: 'Cumplimiento de Qatar'. Esta es el acta de aquella negociación" ("I have always engaged in dialogue; if the government of the U.S. is willing to respect sovereignty and to stop threatening #Venezuela we can resume the #Dialogue, but on the basis of a single point: 'Compliance with Qatar.' This is the record of that negotiation"). (Source 23C.) At the Department of State press

briefing of August 8, 2024, the Spokesperson was asked: “The U.S. had conversations – actually before the elections there was a virtual meeting. Qatar was mediating. The Government of Venezuela has released some of the information that was actually talked in private. Is it possibility to retake those conversations that were ongoing, or that’s something that has been paused?” He answered: “I don’t want to speak to those conversations in general other than that we are talking to partners in the region and some partners around the world about the best way to establish a democratic transition in Venezuela.” (Source 39B, at 17.)

39. On September 5, 2024, the Department of State’s Bureau of Legislative Affairs wrote to Senator Charles E. Grassley: “The United States believes that our discussions to date supported the efforts of the democratic opposition to contest the July 28 presidential election, and that we must continue to explore every avenue as we press Maduro and representatives to cease their repression and recognize the real outcome of the election. The United States has not made any offers of amnesty to Maduro or others in Venezuela. In coordination with our international partners and the democratic opposition, we continue to explore a range of options to incentivize and pressure Maduro to accept that Edmundo González Urrutia received the most votes, and to engage in negotiations on a peaceful, democratic transition.” (Source 40.)

**5. 2025 – January 2026**

40. On January 31, 2025, Special Envoy Richard Grenell traveled to Caracas and met with Mr. Maduro Moros. At the White House press briefing that day, Press Secretary Karoline Leavitt stated: “I can confirm that Ric Grenell is in Venezuela today. … Number one, Ric Grenell has been instructed to identify a place and ensure that repatriation flights of Tren de Aragua members, Venezuelan nationals who have broken our nation’s laws will land in Venezuela. As I said at this podium a few days ago, we expect every nation on this planet to cooperate with the

repatriation of our citizens." Later in the briefing she was asked: "Does the president's dispatching of Ambassador Grenell to negotiate directly with President Maduro today mean that the US now officially recognizes President Maduro as the legitimate president of Venezuela?" She answered: "Absolutely not. As I made it very clear, former ambassador and now special envoy, Ric Grenell is going to Venezuela with two very clear directives, make sure that Tren de Aragua members, of which there are 400 currently in custody, are repatriated back to Venezuela and that all United States detainees return home." (Source 41.) The same day, in a conference call with reporters, Special Envoy Mauricio Claver-Carone stated: "The United States and President Trump expects Nicolas Maduro to take back all of the Venezuelan criminals and gang members that have been exported to the United States, and to do so unequivocally and without condition. And that is non-negotiable." (Source 42.)

41. On January 31, 2025, President Trump posted: "Just been informed that we are bringing six hostages home from Venezuela. Thank you to Ric Grenell and my entire staff. Great job!" (Source 43A.) On February 1, 2025, he posted: "It is so good to have the Venezuela Hostages back home and, very important to note, that Venezuela has agreed to receive, back into their Country, all Venezuela illegal aliens who were encamped in the U.S., including gang members of Tren de Aragua. Venezuela has further agreed to supply the transportation back. We are in the process of removing record numbers of illegal aliens from all Countries, and all Countries have agreed to accept these illegal aliens back." (Source 43B.)

42. On February 10, 2025, two aircraft of Venezuela's state airline, Conviasa, carried approximately 190 Venezuelan nationals from Fort Bliss, a United States Army installation at El Paso, Texas, to Caracas. The White House posted on X that day: "Repatriation flights to Venezuela have resumed, with Ambassador @RichardGrenell overseeing the first two flights," above an

image captioned "Flights of Illegal Aliens to Venezuela Resume." (Source 43C.) The Associated Press reported: "Two Venezuelan planes returned home Monday with about 190 Venezuelans deported from the United States, signaling a possible thaw in relations between two longtime diplomatic adversaries and a victory for President Donald Trump in his efforts to get more countries to take their people back," and: "Venezuelan television and radio triumphantly covered the arrival of the Conviasa flights in Caracas from Fort Bliss, a U.S. Army base in El Paso, Texas." (Source 43D.)

43. On February 26, 2025, President Trump posted: "We are hereby reversing the concessions that Crooked Joe Biden gave to Nicolás Maduro, of Venezuela, on the oil transaction agreement, dated November 26, 2022, and also having to do with Electoral conditions within Venezuela, which have not been met by the Maduro regime. Additionally, the regime has not been transporting the violent criminals that they sent into our Country (the Good Ole' U.S.A.) back to Venezuela at the rapid pace that they had agreed to. I am therefore ordering that the ineffective and unmet Biden 'Concession Agreement' be terminated as of the March 1st option to renew." (Source 44.)

44. On March 18, 2025, Secretary Rubio posted on X: "Venezuela is obligated to accept its repatriated citizens from the U.S. This is not an issue for debate or negotiation. Nor does it merit any reward. Unless the Maduro regime accepts a consistent flow of deportation flights, without further excuses or delays, the U.S. will impose new, severe, and escalating sanctions." (Source 44B.) On March 22, 2025, the President of the National Assembly of Venezuela, Jorge Rodríguez, published a communiqué stating: "Venezuela informa que, en el marco del Plan Vuelta a la Patria, y con el propósito del retorno de nuestros compatriotas a su nación con resguardo de sus derechos humanos, hemos acordado reanudar con el Gobierno de los EE.UU. la repatriación de migrantes

venezolanos" ("Venezuela reports that, within the framework of the Plan Vuelta a la Patria, and for the purpose of the return of our compatriots to their nation with their human rights safeguarded, we have agreed with the Government of the U.S. to resume the repatriation of Venezuelan migrants"). (Source 44C.) On March 23, 2025, the X account of the Assistant Secretary of State for Western Hemisphere Affairs (@WHAAsstSecty) posted: "Today, deportation flights of Venezuelan illegal aliens to their homeland resumed via Honduras. These individuals had no legal basis to remain in the United States. We expect to see a consistent flow of deportation flights to Venezuela going forward. Thank you to Honduran President Castro and her government for partnering to combat illegal immigration." (Source 44D; Source 44E.)

45. On July 18, 2025, upon the release of ten Americans detained in Venezuela, Secretary Rubio posted: "Thanks to @POTUS's leadership, ten Americans who were detained in Venezuela are on their way to freedom. I want to thank my team at the @StateDep & especially President @nayibbukele for helping secure an agreement for the release of all of our American detainees, plus the release of Venezuelan political prisoners." (Source 45.)

46. On November 16, 2025, President Trump stated to reporters: "We may be having some discussions with Maduro, and we'll see how that turns out. … They would like to talk." (Source 46A.) On November 17, 2025, in the Oval Office, he reiterated that he "probably would talk to" Mr. Maduro Moros and stated: "I don't rule out that. I don't rule out anything." (Source 46B.) On November 30, 2025, aboard Air Force One, he was asked: "The New York Times reported that you had a phone call with Maduro. Did you?" He stated: "I don't want to comment on it. The answer is yes." Asked "can you tell us a little bit about it?", he stated: "No, I can't do that." Asked "Would you say it went well?", he stated: "No, I wouldn't say it went well or badly.

It was a phone call. Yes." The official transcript's subject heading for the exchange reads "President Nicolas Maduro Moros of Venezuela." (Source 47.)

47. In the same exchange, asked why he had pardoned the former President of Honduras, Juan Orlando Hernández, President Trump stated: "He was the president of the country, and they basically said he was a drug dealer because he was the President of the country." Asked what evidence showed that Mr. Hernández "was set up," he stated: "Well, you take a look. I mean, they could say that you take any country you want—if somebody sells drugs in that country, that doesn't mean you arrest the President and put him in jail for the rest of his life." He added: "And that includes this country, okay, to be honest. I mean, if somebody does something wrong, do you put the president of the country in jail?" (Source 47.)

48. On December 2, 2025, Venezuela's Ministry of Transport published a communiqué, reported by Reuters and by Agencia EFE, stating that Mr. Maduro Moros had approved, upon a request from the United States, a repatriation flight by Eastern Airlines from Phoenix to Maiquetía, to arrive at the "Aeropuerto Internacional de Maiquetía, como de manera periódica semanal ha venido ocurriendo los días miércoles y viernes, desde el acuerdo suscrito entre nuestro Gobierno y la administración estadounidense" ("Maiquetía International Airport, as has been occurring on a regular weekly basis on Wednesdays and Fridays since the agreement signed between our Government and the United States administration"). (Source 48; Source 48B.) On December 11, 2025, Human Rights First reported from its ICE Flight Monitor data: "The United States has conducted 73 flights to Venezuela, removing 13,656 people since February 2025. Flights continue twice weekly, despite escalating tensions and statements from President Trump declaring Venezuelan airspace 'closed.'" (Source 48C.)

49. The Department of State's Treaties in Force, which lists the treaties and other international agreements of the United States "in force on January 1, 2026," lists under Venezuela, among other bilateral agreements, the "Treaty of extradition, and additional article," signed at Caracas January 19 and 21, 1922 and in force since April 14, 1923 (43 Stat. 1698; TS 675), and the "Treaty on mutual legal assistance in criminal matters," signed at Caracas October 12, 1997 and in force since March 1, 2004 (TIAS 12941), without any notation as to their status. (Source 48D, at 465.) The Department of Justice's list of the mutual legal assistance treaties of the United States, dated April 2022, likewise lists "VENEZUELA March 1, 2004"; the only entry on that list marked "(Suspended)" is Hong Kong SAR. (Source 48E.)

50. On December 23, 2025, the Assistant Attorney General for the Office of Legal Counsel of the Department of Justice, T. Elliot Gaiser, signed a memorandum for the Legal Advisor of the National Security Council captioned "Re: Proposed War Department Operation to Support Law Enforcement Efforts in Venezuela." A redacted version was subsequently made public. The memorandum states the question presented as "whether, consistent with domestic law, the President may lawfully order military personnel to assist law enforcement in forcibly removing Maduro from Venezuela to the United States for prosecution." (Source 48F, at 1.) It states that "we have assumed that Maduro is the sole target of the proposed operation," and that "Maduro's wife is also expected to be present." (Source 48F, at 4.) It states that "the proposed operation will constitute an armed conflict under international law," quoting Article 2(4) of the Charter of the United Nations. (Source 48F, at 5.) In the part of the memorandum addressing the effect of the operation on the prosecution, it states: "There is either a treaty that prohibits that use of force or there isn't. Because here there is not, … the use of excessive force does not take any prosecution of Maduro outside *Ker-Frisbie*." (Source 48F, at 19.) In the part addressing the exposure of United

States personnel to extradition, it states that "[b]y statute, the United States cannot extradite an individual within its territory except by treaty"; that "[u]nder United States law, a treaty that provides that the parties are not obligated to extradite their own nationals does not provide authority for the United States to extradite its nationals" (quoting Restatement (Third) of the Foreign Relations Law of the United States § 475 cmt. f); that "[t]he U.S.-Venezuela extradition treaty is such a treaty. U.S.-Ven. Treaty art. VIII"; and that, for United States personnel involved in the operation, "the primary protection will come from the fact that the Treaty does not require extradition of U.S. citizens. U.S.-Ven. Treaty art. VIII." (Source 48F, at 21.)

**6. Sworn statements and submissions of the Executive Branch in litigation under the Alien Enemies Act (March – April 2025)**

51. On March 17, 2025, in a motion filed in *J.G.G. v. Trump*, No. 1:25-cv-00766-JEB (D.D.C.), the Department of Justice referred to "an invasion by Maduro's regime, which the United States does not recognize." (Source 49, at 16–17.) With that memorandum the Department of Justice filed a declaration of Michael G. Kozak, executed March 15, 2025. The same declaration was filed in this District on April 15, 2025 in *G.F.F. v. Trump*, No. 1:25-cv-02886-AKH (S.D.N.Y.), as Exhibit C to the government's opposition to a motion for a temporary restraining order (ECF 41-3). Mr. Kozak states in paragraph 1: "I, Michael G. Kozak, am the Senior Bureau Official within the Bureau of Western Hemisphere Affairs (WHA) of the United States Department of State, a position I have held since January 2025. In that capacity, I lead and oversee WHA, including the country offices handling affairs regarding Central and South America and other countries in the Hemisphere. … WHA is responsible for diplomatic relations between the United States and countries in the Western Hemisphere, including El Salvador and Venezuela. I make the following statements based upon my personal knowledge, including from my extensive experience since 1971 engaging in diplomatic and other work of the Department with respect to El Salvador,

Venezuela, and other countries in the region and around the world, as well as upon information made available to me in the performance of my official duties."

52. Paragraph 2 of the Kozak Declaration states:

> "U.S. government officials from the White House and the Department of State, including special Presidential envoy Richard Grenell, Secretary of State Marco Rubio, and Special Envoy for Latin America Mauricio Claver-Carone, have negotiated at the highest levels with the Government of El Salvador and with Nicolas Maduro and his representatives in Venezuela in recent weeks for those countries to consent to the removal to Venezuela and El Salvador of some number of Venezuelan nationals detained in the United States who are associated with Tren de Aragua (TdA), a designated foreign terrorist organization."

53. Paragraph 3 states:

> "Arrangements were recently reached to this effect with these foreign interlocutors to accept the removal of some number of Venezuelan members of TdA. These arrangements were the result of intensive and delicate negotiations between the United States and El Salvador, and between the United States and representatives of the Maduro regime." (Source 50, ¶ 3.)

54. In the government's opposition filed in this District in *G.F.F. v. Trump* on April 15, 2025, the Department of Justice stated: "Because TdA poses a significant threat to national security, government officials have expended significant efforts engaging in delicate negotiations with foreign governments. As the Senior Bureau Official within the State Department's Bureau of Western Hemisphere Affairs has explained, high-level government officials have spent weeks negotiating at the highest levels with the Government of El Salvador and the Maduro regime to secure consent to the removal of Venezuelan nationals who are members of TdA. Kozak Decl., Ex. C, ¶ 2. Following those 'intensive and delicate negotiations,' the United States reached arrangements 'with these foreign interlocutors' to accept the removal of some number of TdA members. Id." The memorandum also refers to "the Executive's significant outlay of diplomatic capital for this mission." (Source 51, at 1–3.)

55. In an opposition to a motion for a preliminary injunction filed in *J.G.G. v. Trump* on April 1, 2025, signed by the Attorney General and the Deputy Attorney General among others, the Department of Justice stated: "Given that TdA poses a significant threat to national security, government officials at the White House and the Department of State have expended significant efforts engaging in delicate negotiations with foreign governments and representatives in order to remove TdA members from the United States as swiftly as possible. As the Senior Bureau Official within the State Department's Bureau of Western Hemisphere Affairs has explained, high-level government officials—including the Secretary himself—spent weeks 'negotiat[ing] at the highest levels with the Government of El Salvador and with Nicolas Maduro and his representatives in Venezuela' with a view to securing consent to the removal to Venezuela and El Salvador of Venezuelan nationals detained in the United States who are members of TdA." (Source 52, at 2–3.)

56. In a motion to stay filed in *J.G.G. v. Trump* on March 19, 2025, the Department of Justice described the March 15, 2025 removal flights as "an extraterritorial mission to remove members of a designated foreign terrorist organization from the United States in connection with one or more sensitive diplomatic agreements requiring months of negotiation," and stated that answering the court's questions "would undermine the Executive Branch's ability to negotiate with foreign sovereigns in the future by subjecting all of the arrangements resulting from any such negotiations—as well as the negotiations themselves—to a serious risk of micromanaged and unnecessary judicial fishing expeditions and potential public disclosure." (Source 53, at 1–2.)

57. On March 24, 2025, the Attorney General filed a declaration in *J.G.G. v. Trump* stating: "Following the public issuance of the Presidential Proclamation … on March 15, 2025, the Department of Homeland Security successfully removed by aircraft a number of aliens subject

to that Proclamation. Those removals were facilitated by Department of State negotiations with foreign countries." (Source 54, ¶ 4.)

**7. January 3 – 4, 2026**

58. At the President's news conference in Palm Beach, Florida on January 3, 2026, President Trump described "an extraordinary military operation in the capital of Venezuela" in which "[o]verwhelming American military power—air, land, and sea—was used to launch a spectacular assault," and stated: "We're going to run the country until such time as we can do a safe, proper, and judicious transition." (Source 55, at 1.)

59. Asked what he had last spoken to Mr. Maduro Moros about, the President stated: "Well, I don't want to get into the conversations, but I did have conversations with him, and I said, 'You've got to surrender.' And I actually thought he was pretty close to doing so, but now he wished he did." (Source 55, at 12.)

60. Asked whether he would work with the Vice President of Venezuela, the President stated: "Well, I understand she was just sworn in, but she was, as you know, picked by Maduro. So Marco is working on that directly." (Source 55, at 8; see ¶ 73 below.)

61. Secretary Rubio stated: "Nicolás Maduro had multiple opportunities to avoid this. He was provided multiple very, very, very generous offers, and chose instead to act like a wild man," and: "He could have been living somewhere else right now, very happy, but instead he wanted to play big boy." (Source 55, at 7.)

62. Secretary Rubio also stated: "Nicolás Maduro was indicted in 2020, in the United States. He is not the legitimate President of Venezuela. That's not just us saying it. The first Trump administration, the Biden administration, the second Trump administration—none of those three recognized him. He's not recognized by the European Union and multiple countries around the

world." On the question of congressional notification, he stated: "But it's largely a law enforcement function. Remember, at the end of day, at its core, this was an arrest of two indicted fugitives of American justice, and the Department of War supported the Department of Justice in that job. Now, there are broader policy implications here … ." (Source 55, at 6, 9.)

63. The Chairman of the Joint Chiefs of Staff, General Dan Caine, stated: "Last night, on the order of the President of the United States and in support of a request from the Department of Justice, as the President said, the United States military conducted an apprehension mission in Caracas, Venezuela, to bring to justice two indicted persons, Nicolás and Cilia Maduro." (Source 55, at 5.)

64. On January 4, 2026, on CBS's "Face the Nation," Secretary Rubio described Mr. Maduro Moros as "an indicted drug trafficker who was not the legitimate president of Venezuela," and, after an interjection by the interviewer, continued: "who we don't recognize, the Biden administration didn't recognize, 60-something countries don't recognize, the European Union doesn't recognize, and many countries in Latin America don't recognize." Asked what Ms. Rodríguez had agreed to do when she spoke to him, and whether she had promised it, he stated: "I'm not, obviously, going to have these conversations in the media. These are delicate and complicated things that require mature statesmanship, and that's what we intend to do." (Source 56.)

## PART TWO

## STATEMENTS OF THE GOVERNMENT OF VENEZUELA SINCE JANUARY 3, 2026, AND THE COMMUNICATIONS BETWEEN THE TWO GOVERNMENTS

### A. Statements of the Government of Venezuela concerning the defendants

65. On January 3, 2026, in a televised address delivered hours after the events of that morning, Executive Vice President Delcy Rodríguez stated, as reported in English: "There is only

one president in Venezuela, and his name is Nicolas Maduro Moros." The same report states that she demanded that the United States release Mr. Maduro Moros and Mrs. Flores de Maduro, called on the United States to show "proof of life" of both, and said that she was willing to talk and "have respectful relations" with the Trump administration. (Source 57.)

66. On January 5, 2026, at the 10085th meeting of the United Nations Security Council, the Permanent Representative of Venezuela, Ambassador Samuel Moncada, speaking in Spanish, stated that on January 3, 2026 Venezuela "was the target of an illegitimate armed attack, lacking any legal justification, by the Government of the United States of America," which "included bombings on its territory, the loss of civilian and military lives, the destruction of critical infrastructure and the kidnapping of the constitutional President of the Republic, Nicolás Maduro Moros, and the First Lady, Cilia Flores." He stated: "Particularly serious is the kidnapping of the President of the Republic by the Government of the United States of America, which constitutes a direct violation of an essential norm of the international legal order: the personal immunity of Heads of State in office. This immunity is not an individual privilege. It is an institutional guarantee that protects the sovereignty of States and the stability of the international system." He concluded: "Therefore, Venezuela urges the Security Council to fully assume its responsibility and act in accordance with the mandate conferred upon it by the Charter of the United Nations. In that regard, we request, first, that the Government of the United States of America be required to fully respect the immunities of President Nicolás Maduro and First Lady Cilia Flores and ensure their immediate release and safe return to Venezuela." The quotations are from the official English verbatim record. In the official Spanish record the request reads: "solicitamos: primero, que se exija al Gobierno de los Estados Unidos de América el respeto pleno de las inmunidades del

Presidente Nicolás Maduro y de la Primera Dama Cilia Flores, así como su liberación inmediata y su retorno seguro a Venezuela." (Source 58, at 22–23 (English record), 25 (Spanish record).)

67. On January 8, 2026, at the Miraflores Palace, the National Assembly of Venezuela installed a "Comisión de Alto Nivel para la Liberación del presidente Nicolás Maduro y la primera dama Cilia Flores," chaired by the President of the National Assembly, Jorge Rodríguez, and including the Minister of Foreign Affairs, Yván Gil, the Attorney General of the Republic (Procurador General), Reinaldo Muñoz, and the human-rights expert and legal adviser Larry Devoe. According to the National Assembly's official announcement, the Commission "actuará en distintos frentes para lograr el retorno del jefe de Estado y su esposa, secuestrados por el gobierno de Estados Unidos, el pasado 3 de enero" ("will act on various fronts to achieve the return of the Head of State and his wife, kidnapped by the Government of the United States on January 3"). Mr. Rodríguez stated: "Es una comisión que desplegará todo su esfuerzo, todas las capacidades diplomáticas, jurídicas, políticas, humanas y multilaterales, hasta lograr la liberación de nuestro presidente y de la primera dama, que han sido secuestrados en un acto sin precedentes que violenta el orden internacional" ("It is a commission that will deploy all its effort, all its diplomatic, legal, political, human and multilateral capacities, until the release of our president and of the first lady is achieved, who have been kidnapped in an unprecedented act that violates the international order"). (Source 59.)

68. On February 12, 2026, NBC News published an interview of acting President Rodríguez conducted in Caracas by Kristen Welker, in which Ms. Rodríguez stated: "I can tell you President Nicolás Maduro is the legitimate president. I will tell you this as a lawyer, that I am. Both President Maduro and Cilia Flores, the first lady, are both innocent." (Source 60.)

69. On February 23, 2026, the Minister of Foreign Affairs of Venezuela, Yván Gil, addressed the United Nations Human Rights Council in Geneva. As reported by Al Jazeera, he demanded Mr. Maduro Moros's "immediate release" by the United States government, "alongside his wife, Cilia Flores," and described the events of January 3, 2026 as a "political operation disguised as a legal debate." (Source 61.)

70. On June 10, 2026, the Sala Constitucional of the Tribunal Supremo de Justicia, reviewing the constitutionality of Decree No. 5.356 of June 8, 2026, which extended the state of economic emergency, recorded that the decree had been transmitted to it by "la ciudadana Delcy Eloína Rodríguez Gómez, en su carácter de Presidenta Encargada de la República Bolivariana de Venezuela, según sentencia N° 1 del 3 de enero de 2026, dictada por esta Sala Constitucional" ("citizen Delcy Eloína Rodríguez Gómez, in her capacity as Acting President of the Bolivarian Republic of Venezuela, pursuant to judgment No. 1 of January 3, 2026, issued by this Constitutional Chamber"), recorded that by judgment No. 515 of April 16, 2026 it had upheld the original emergency decree "dictado por la Presidenta Encargada de la República," and declared the extension constitutional. (Source 62, at 1–2, 12.) On August 11, 2026, the Sala Constitucional declared constitutional a new emergency decree, No. 5.414 of August 8, 2026, which it described as transmitted by "la ciudadana Delcy Eloína Rodríguez Gómez, en su carácter de Presidenta Encargada de la República Bolivariana de Venezuela." (Source 63, at 1.)

71. In an interview with TIME conducted on June 16, 2026 at Miraflores Palace and published on July 30, 2026, acting President Rodríguez was asked: "Do you consider Maduro to be the legitimate president of Venezuela today, even in absence or do you think it's time for the country to move on?" She answered: "I am the acting president because I was the executive vice president under President Nicolás Maduro." Asked, "Do you still consider him the legitimate

president though?", she answered: "The thing is, I'll repeat the answer I gave you. It's within the constitutional framework of a legitimate president who had an executive vice president, and in a situation like the one that arose, which is identical, it falls to me to assume the role of acting president." (Source 64.)

72. In an interview conducted at Miraflores Palace by the journalist Javier Negre, broadcast by Real America's Voice on July 16, 2026 and posted to its RAV Español channel on July 17, 2026, acting President Rodríguez stated, in Spanish, at approximately 27:31 of the recording: "Es el presidente Nicolás Maduro, no tengo duda de ello" ("He is President Nicolás Maduro; I have no doubt of it"). (Source 65.)

**B. Communications between the United States and the acting President of Venezuela**

73. At the President's news conference on January 3, 2026, President Trump stated of Ms. Rodríguez: "She was sworn in as President just a little while ago. She had a long conversation with Marco," and: "So Marco is working on that directly. He just had a conversation with her." (Source 55.)

74. In an interview with The New York Times on January 7, 2026, President Trump, asked whether he had spoken with Ms. Rodríguez, stated: "I don't want to comment on that, no. But Marco speaks to her all the time," and: "I will tell you that we are in constant communication with her and the administration." (Source 66.) At the White House press briefing the same day, Ms. Leavitt stated: "the Trump administration led by Secretary Rubio, the vice president and the president's entire national security team is in close correspondence with the interim authorities in Venezuela," and: "we're continuing to be in close coordination with the interim authorities … ." Asked whether "the Venezuelan government" had committed to turning over its oil to the United

States, she stated: "This was a deal made by the president and his team with the Venezuelan interim authorities." (Source 67.)

75. On January 14, 2026, asked about Venezuela, President Trump stated: "I know the number one, we just had a great conversation today. And she's a terrific person. I mean, she's somebody that we've worked with very well. Marco Rubio is dealing with her. I dealt with her this morning. We had a call, a long call. We discussed a lot of things. And I think we're getting along very well with Venezuela." The transcript's subject heading for the exchange reads "Interim President Delcy Rodriguez Gomez of Venezuela." (Source 68.) On January 15, 2026, asked whether the President "trust[s] the remaining members of the Maduro regime," Ms. Leavitt stated: "As for Ms. Rodriguez, the president did speak with her directly this week, as you know. He revealed that to all of you yesterday. And Secretary Rubio and the administration have been in constant communication with Ms. Rodriguez and other members of the interim government in Venezuela. They have been extremely cooperative. They have thus far met all of the demands and requests of the United States and of the president. And I think you have all seen that play out. We obviously had a $500 million energy deal that was struck in large part because of the cooperation from Ms. Rodriguez. Venezuela and Ms. Rodriguez have also confirmed that they will be releasing political prisoners from Venezuela. There were five Americans who were recently released this week as well." (Source 69.)

76. On January 29, 2026, at a Cabinet meeting, President Trump stated: "I want to thank the leadership of Venezuela. We're getting along really well with them. The relationships have been very strong, very good. … I just spoke to the President of Venezuela. Informed her that we're going to be opening up all commercial airspace over Venezuela." (Source 70.)

77. On February 11, 2026, the Secretary of Energy, Chris Wright, interviewed by NBC News in Caracas, stated: "We've been dealing with Delcy for five weeks now. It's been an amazing cooperation," and: "So the Venezuelans are in charge here in Venezuela, but the United States has enormous leverage over the interim authorities in Venezuela … ." (Source 60.) On February 13, 2026, asked about next steps following the lifting of sanctions on Venezuelan oil and when he would host Ms. Rodríguez, President Trump stated: "Well, we have a very good relationship with the President of Venezuela. As you know, we're working together very closely," and: "And the relationship we have right now with Venezuela is, I would say, a 10." Asked, "Will you be recognizing Delcy Rodríguez's Government as the official Government of Venezuela?", he stated: "Well, right now, we have done that. We're dealing with them, and really——and really, right now, they've done a great job. She's done—Delcy has done a very, very good job, and the relationship is strong." The transcript's subject heading for both exchanges reads "Acting President Delcy Rodriguez Gomez of Venezuela." (Source 71.)

78. On February 16, 2026, aboard Air Force One, President Trump was asked: "Delcy Rodríguez, last week, said that Nicolás Maduro is still a legitimate President and is innocent. I know you said the relationship is a 10, but I'm curious, what's your thoughts on that?" He answered: "I think we have a great relationship. I think she probably has to say that. I think politically, maybe, she has to say that. But the relationship with Venezuela—she's doing a very good job, and I fully understand that statement." (Source 72.)

79. On March 3, 2026, President Trump stated: "Venezuela was so incredible because we did the attack, and we kept government totally intact. And we have Delcy, who's been very good. We have the whole chain of command. And they've been, you know, look, the relationship's been great." He added: "The relationship has been great. It's been seamless. Nobody's actually

ever seen anything like it." (Source 73.) On March 7, 2026, he stated: "Since that operation, we've been working closely with the new President of Venezuela, Delcy Rodríguez, who's doing a great job working with us. … And I'm pleased to say that this week, we have formally recognized the Venezuelan Government. We've actually legally recognized them." The editorial note to the official transcript refers to "former President Nicolas Maduro Moros of Venezuela, who was captured, along with his wife Cilia Flores, in a U.S. military operation in Caracas, Venezuela, on January 3 and exfiltrated to the U.S. for criminal processing in New York City," and the transcript's subject index includes the entries "Venezuela, Acting President" and "Venezuela, U.S. military capture and exfiltration of President Maduro." (Source 74.)

80. In the TIME interview of June 16, 2026, acting President Rodríguez was asked: "How often do you speak with Secretary Rubio? My understanding is that you both talk a lot. What are those conversations like?" She answered: "As many times as necessary." Asked about the first time she spoke with President Trump, she stated: "I think it was January 4, but I don't remember," and: "He was very kind and very respectful, for which I am grateful, and from the very beginning, during my first conversation with President [Trump], I asked that our relationship be based on mutual respect." She continued: "He responded respectfully. We discussed how diplomatic relations between Venezuela and the United States could be established and what areas of common interest might be identified," and stated that "just a few days later—I think 12 days later—the first Chargé d'Affaires arrived for two hours, and then Barrett arrived". She also stated: "One morning, Secretary Rubio called me and said 'I'm going to put you on the line with someone who wants to say hello.' It was President Trump, calling to tell me that he was going to approve commercial flights to Venezuela." Asked whether Venezuela had supplied intelligence to the United States for an operation against a leader of Tren de Aragua, she answered: "And vice versa." (Source 64.)

TIME's accompanying article states: "Rubio and Rodríguez are in near daily contact through phone calls and WhatsApp messages, officials say[.]" (Source 75.)

81. In the Real America's Voice interview of July 16, 2026, acting President Rodríguez described her communications with the White House, the Department of State, President Trump and Secretary Rubio in these terms, at approximately 18:27 of the recording: "Desde el primer momento ha sido una comunicación franca y respetuosa" ("From the first moment it has been a frank and respectful communication"). (Source 65.)

82. On August 28, 2026, President Trump posted on Truth Social that an oil agreement had been reached "with the Country of Venezuela," negotiated by "Secretary of State Marco Rubio, and Secretary of War Pete Hegseth, working closely with Highly Respected Interim President of Venezuela, Delcy Rodriguez." (Source 76.) On September 22, 2026, during the United Nations General Assembly, President Trump met with Ms. Rodríguez at the Lotte Palace Hotel in New York. The President's public schedule listed the event as a "Pull-Aside Meeting with the Acting President of Venezuela," and the White House identified the participants as "Secretary Marco Rubio, Department of State and National Security Advisor," Secretary of the Treasury Scott Bessent, Chief of Staff Susie Wiles, Deputy Chief of Staff Stephen Miller, and "H.E. Delcy Rodriguez, Acting President of the Bolivarian Republic of Venezuela." (Source 77.) In an interview with TIME conducted at the White House on September 28, 2026 and published on October 1, 2026, President Trump was asked what came of that meeting. He stated: "So we have a very good relationship. We're bringing the big oil companies in," and: "Delcy was the one that was in charge of things. We work well together." (Source 78.)

**C. The Executive Branch's description of the confidentiality of communications between governments**

83. On March 24, 2025, Secretary Rubio filed a declaration in *J.G.G. v. Trump* in support of an assertion of the state secrets privilege. It states: "As Secretary of State, I am the President's chief foreign affairs advisor," and that its statements "are based on my personal knowledge, on information provided to me in my official capacity, reasonable inquiry." Paragraph 10 states:

> "When the United [sic] seeks to remove individuals to a foreign country, the United States must negotiate the details of that removal with the foreign country. This requires nonpublic, sensitive, and high stakes negotiation with the foreign State, particularly where, as here, the aliens being removed have been deemed enemy aliens and members of a foreign terrorist organization. Those negotiations cover sensitive issues, including representations regarding the bases on which the individuals are being removed from the United States, which can impact the foreign State's willingness to accept the removed aliens and the procedures it will employ in doing so."

84. Paragraph 16 refers to "the process of negotiating and executing the agreement between the two nations." (Source 79, ¶¶ 1–3, 10, 16.)

85. A declaration of the Secretary of Homeland Security filed the same day states: "When the United [sic] seeks to remove individuals to a foreign country, the United States must negotiate the details of that removal with the foreign country," and that "[a]ll of these issues are sensitive matters that are negotiated with the receiving foreign State outside the public view." (Source 80, ¶ 11.)

86. As set out above, the Kozak Declaration describes the arrangements with "representatives of the Maduro regime" as "the result of intensive and delicate negotiations" (¶ 53 above; Source 50, ¶ 3); the government's memorandum in this District in *G.F.F. v. Trump* describes "delicate negotiations with foreign governments" and the Executive's "significant outlay of diplomatic capital" (¶ 54 above; Source 51, at 1–3); the memorandum signed by the Attorney

General in *J.G.G. v. Trump* describes "delicate negotiations with foreign governments and representatives" (¶ 55 above; Source 52, at 2–3); and the government's March 19, 2025 filing in *J.G.G. v. Trump* describes "sensitive diplomatic agreements requiring months of negotiation" whose examination would expose the negotiations to "judicial fishing expeditions and potential public disclosure" (¶ 56 above; Source 53, at 1–2).

87. On July 28, 2020, at a Department of State briefing, the Special Representative for Venezuela, Elliott Abrams, was asked whether there were efforts to contact senior Venezuelan security officials. He stated: "I really should not speak about that," and added: "As to the question of who we are talking to, I'm not going to get into that. … [A]s an official, I'd say the less said, the better." (Source 81.) On March 9, 2022, Ms. Psaki declined to describe the Caracas discussions, stating: "I just don't have anything more to convey to you about private diplomatic conversations." (¶ 20 above.) On April 17, 2024, a senior administration official referred to the Executive's "public messaging and our private messaging" to Mr. Maduro Moros concerning the Barbados Agreement. (¶ 37 above.)

88. Executive Order 13526, "Classified National Security Information," provides in section 1.4 that information may be classified if it pertains to, among other things, "(b) foreign government information" or "(d) foreign relations or foreign activities of the United States, including confidential sources," and in section 1.1(d) that "[t]he unauthorized disclosure of foreign government information is presumed to cause damage to the national security." Section 6.1(s) defines "foreign government information" to include information provided by a foreign government "with the expectation that the information, the source of the information, or both, are to be held in confidence." (Source 82.)

89. The Department of State's Foreign Affairs Handbook, 5 FAH-1 H-610, "Using Diplomatic Notes," provides that diplomatic notes are used "[f]or correspondence between the U.S. Government and a foreign government. The Secretary of State corresponds with diplomatic representatives of foreign governments at Washington, DC, U.S. embassies abroad, and foreign offices or ministries," and "[w]hen diplomatic notes are used to negotiate international agreements." 5 FAH-1 H-611(a)(1), (3). It provides that "[t]he Department of State serves as the official channel for diplomatic communications between the U.S. Government and a foreign government, except for certain military activities." *Id.* H-611(b). It provides that "[p]reparers and recipients are responsible for ensuring a record copy of all diplomatic notes are filed in the Department's electronic archive using the State Messaging and Archive Retrieval Toolset (SMART)." *Id.* H-611(e). It provides that "[l]etters should be used for informal, routine correspondence with members of foreign diplomatic missions at Washington, DC, and officials of the foreign office and diplomatic corps at posts," and that "[d]iplomatic notes must be prepared as first-person notes or third-person notes." *Id.* H-611(g), (h).

90. The Handbook distinguishes the forms of diplomatic correspondence by formality. "A first-person note is used for the most important correspondence. First-person notes are prepared in the Department to be signed by the Secretary, a deputy secretary, an under secretary, an assistant secretary, or a deputy assistant secretary." 5 FAH-1 H-612.1(b). Third-person notes include the memorandum, note verbale, aide-memoire, pro memoria, note diplomatique, note collective and circular diplomatic note. *Id.* H-612.2(c). "A note verbale is an informal third-person note. It is less formal than a first-person note but more formal than an aide-memoire." *Id.* H-612.2-2(a). "An aide-memoire summarizes an informal diplomatic interview or conversation and serves as an aid to memory." *Id.* H-612.2-3(a). "A pro memoria is a formal record of discussion. It speaks for and

under the direction of the government presenting it. At the Department, it is usually handed to a foreign ambassador, minister, or representative." *Id.* H-612.2-4(a). "A note diplomatique is a formal note between governments that speaks for and under the direction of the government presenting it." *Id.* H-612.2-5. (Source 83.)

**PART THREE**

**THE RECOGNITION OF THE GOVERNMENT OF VENEZUELA, MARCH 2026**

91. On March 5, 2026, the Department of State issued a media note entitled "A Statement on U.S.-Venezuela Relations," which states: "The United States and Venezuela's interim authorities have agreed to re-establish diplomatic and consular relations. This step will facilitate our joint efforts to promote stability, support economic recovery, and advance political reconciliation in Venezuela. Our engagement is focused on helping the Venezuelan people move forward through a phased process that creates the conditions for a peaceful transition to a democratically elected government. The United States remains committed to supporting the Venezuelan people and working with partners across the region to advance stability and prosperity." (Source 84.)

92. On March 7, 2026, at the Shield of the Americas Summit in Miami, Florida, President Trump stated: "Since that operation, we've been working closely with the new President of Venezuela, Delcy Rodríguez, who's doing a great job working with us. … And I'm pleased to say that this week, we have formally recognized the Venezuelan Government. We've actually legally recognized them." (Source 74, at 6–7.)

93. On March 10, 2026, Ambassador Michael G. Kozak, Senior Bureau Official of the Department of State's Bureau of Western Hemisphere Affairs, wrote to the United States Attorney for this District, Jay Clayton, "in response to the Court's invitation to the United States to express

its views" in four civil matters pending in this District, and the letter was filed in those matters on March 11, 2026. The letter states: "Since January 23, 2019, the United States has not recognized Maduro as the Head of State of Venezuela and that nonrecognition continues to the present. Maduro is an indicted narco-terrorist who awaits trial in U.S. federal court for his crimes." It continues: "On March 5, 2026, the United States issued a statement announcing the normalization of relations with Venezuela under interim President Delcy Rodriguez," and records that "at a summit with Latin American leaders on March 7, President Trump noted that 'this week we have formally recognized the Venezuelan government [under Delcy Rodriguez]' and added: 'We've actually legally recognized them.'" It then states: "In order to facilitate this transition, the United States is recognizing Delcy Rodriguez as the sole Head of State, able to take action on behalf of Venezuela. I would also note that while we are normalizing diplomatic and consular relations with Venezuela, we continue to closely scrutinize transactions with the interim authorities and will use the International Economic Emergency Powers Act and other available tools to work toward a better future for the Venezuelan people." (Source 85, at 2–3.)

94. On October 26, 2026, the Department of State published, as a release of the Office of the Spokesman, the remarks of a Senior State Department Official made on background in a press teleconference concerning the fourth round of talks on what the official called "the transition and reconciliation process in Venezuela." The official described a sequence agreed in those talks: a new Tribunal Supremo de Justicia, whose thirty-two magistrates are to be nominated by a committee appointed by "the opposition, the 2015 National Assembly, and … representatives of the PSUV via Jorge Rodríguez," after which "the 32 names are submitted to the National Assembly" and "Jorge Rodríguez has to get those names passed"; and then a reformed Consejo Nacional Electoral. The official stated: "Once those two things are in place – the new TSJ at the

end of this year, the new CNE very shortly thereafter, and that work is already beginning – what should happen at that point is that then they will have to declare – Delcy will have to declare a vacancy in the presidency, a permanent vacancy. Right now they haven't done that. Once you declare a permanent vacancy, that triggers, under their exiting [sic] constitution, a six-month period for new elections." The official summarized the goal as "a new TSJ before the end of this year; a new CNE shortly thereafter; declare the vacant – permanent vacancy in the presidency that triggers the six-month cycle for the presidential election," and stated: "Obviously, we need to use our leverage as a government over the interim authorities to ensure that this process keeps moving forward in a responsible way," and that a peaceful transition is "why we are required to, as a result, work with the interim authorities to make all of these reforms." (Source 85B.)

## PART FOUR

## THE DEALINGS OF OTHER STATES AND OF THE UNITED NATIONS WITH THE GOVERNMENT OF VENEZUELA, 2019 – 2025

### A. The recognition of Mr. Guaidó in 2019 as the Executive Branch described it

95. On February 4, 2019, the Department of State issued a press statement of Secretary Pompeo entitled "Recognition of Juan Guaido as Venezuela's Interim President by Several European Countries," which states: "We welcome the decision today by Austria, Czech Republic, Denmark, Germany, Estonia, Finland, France, Latvia, Lithuania, Luxembourg, the Netherlands, Poland, Portugal, Spain, Sweden, and the United Kingdom to recognize Juan Guaido as the Interim President of Venezuela," and: "They join the United States and more than 23 other countries in recognizing Juan Guaido as Interim President, in accordance with Venezuela's constitution." (Source 86, at 2.)

96. On January 5, 2021, the Department issued a press statement of Secretary Pompeo entitled "The United States Continues To Recognize Interim President Guaidó and the Last

Democratically Elected National Assembly in Venezuela," which states, among other things, that "Sixty countries around the world either came together to issue joint statements … or issued their own statement, rejecting the sham elections" of December 6, 2020, and that "[t]he United States recognizes Interim President Juan Guaidó as the legitimate President of Venezuela." (Source 87.)

**B. The European Union's position after January 2021**

97. On January 6, 2021, the Council of the European Union published a declaration by the High Representative on behalf of the European Union on Venezuela, which states: "The lack of political pluralism and the way the elections were planned and executed, including the disqualification of opposition leaders, do not allow the EU to recognise this electoral process as credible, inclusive or transparent"; "The EU deeply regrets that the National Assembly assumed its mandate on 5 January on the basis of these non-democratic elections"; and that "the EU will maintain its engagement with all political and civil society actors striving to bring back democracy to Venezuela, including in particular Juan Guaidó and other representatives of the outgoing National Assembly elected in 2015, which was the last free expression of Venezuelans in an electoral process." The words "interim president" do not appear in the declaration. (Source 88, at 1–2.)

98. On January 25, 2021, the Foreign Affairs Council of the European Union adopted conclusions on Venezuela which state that "the EU cannot recognise this electoral process as credible, inclusive or transparent, and thus its outcome cannot be considered as representative of the democratic will of the Venezuelan people" (¶ 2); which refer to "representatives of the opposition parties elected to the National Assembly of 2015, and especially Juan Guaidó, as well as other representatives of the democratic opposition," whom "[t]he EU considers … to be important actors and privileged interlocutors" (¶ 3); and which state that "[t]he EU will continue

to engage and work with all stakeholders in Venezuela to foster peaceful dialogue" (¶ 8). The words "interim president" and "legitimate" do not appear in the conclusions. (Source 89, Annex ¶¶ 2–3, 8, at 2, 4.)

**C. States that recognized Mr. Guaidó and later accredited ambassadors to the Government of Mr. Maduro Moros, and the Norwegian facilitation**

99. The following paragraphs concern states that joined the statement made in the General Assembly on December 18, 2019 described in ¶ 107 below, or that were named in the Department of State's statement of February 4, 2019 (¶ 95 above), and that later accredited ambassadors to the government of Mr. Maduro Moros.

100. Peru appointed an ambassador to Venezuela by Resolución Suprema N° 167-2021-RE of December 6, 2021. Resolución Suprema N° 131-2024-RE of July 11, 2024, signed by the President of Peru and the Minister of Foreign Affairs, recites that "mediante la Resolución Ministerial N° 0003-2022-RE, se fijó el 15 de enero de 2022, como la fecha en que el citado funcionario diplomático asumió funciones como Embajador Extraordinario y Plenipotenciario del Perú en la República Bolivariana de Venezuela" ("by Ministerial Resolution No. 0003-2022-RE, January 15, 2022 was fixed as the date on which the said diplomatic officer took up his functions as Ambassador Extraordinary and Plenipotentiary of Peru in the Bolivarian Republic of Venezuela"), terminates his functions as of July 31, 2024, and cancels his letters of credence and full powers. (Source 90, at 1.)

101. On August 28, 2022, the Ministry of Foreign Affairs of Colombia published a release from Caracas stating: "Armando Benedetti llegó este domingo a Caracas a presentar las credenciales que lo acreditan como nuevo Embajador de Colombia en Venezuela" ("Armando Benedetti arrived this Sunday in Caracas to present the credentials accrediting him as the new Ambassador of Colombia to Venezuela"), that he "mañana dialogará con el Presidente Nicolás

Maduro" ("will speak tomorrow with President Nicolás Maduro"), and quoting the ambassador: "Una vez presente mis credenciales ante el presidente Maduro, quedan restablecidas completamente las relaciones entre Venezuela y Colombia" ("Once I present my credentials to President Maduro, relations between Venezuela and Colombia are completely re-established"). (Source 91, at 1–2.)

102. On August 16, 2023, the Embassy of Chile in Venezuela published a note stating: "El embajador Jaime Gazmuri Mujica, presentó las cartas credenciales que lo acreditan como embajador de Chile ante la República Bolivariana de Venezuela. Durante el cordial encuentro, realizado en el Palacio de Miraflores, las autoridades recalcaron el interés de normalizar las relaciones entre ambos Estados" ("Ambassador Jaime Gazmuri Mujica presented the letters of credence accrediting him as Ambassador of Chile to the Bolivarian Republic of Venezuela. During the cordial meeting, held at the Miraflores Palace, the authorities stressed their interest in normalizing relations between the two States"). (Source 92, at 1–2.)

103. The Ministry of Foreign Affairs of Venezuela has published that the Ambassador of France, Emmanuel Pineda, "presentó sus Cartas Credenciales ante el Presidente Nicolás Maduro el 16 de agosto de 2023" ("presented his letters of credence to President Nicolás Maduro on August 16, 2023"), and that on December 23, 2024 "el presidente Nicolás Maduro Moros, recibió las Cartas Credenciales del nuevo embajador extraordinario y plenipotenciario del Reino de España ante la República Bolivariana de Venezuela, Álvaro Albacete" ("President Nicolás Maduro Moros received the letters of credence of the new Ambassador Extraordinary and Plenipotentiary of the Kingdom of Spain to the Bolivarian Republic of Venezuela, Álvaro Albacete"). Spain's Official State Gazette records the designation of Mr. Albacete as "Embajador de España en la República

Bolivariana de Venezuela" by Royal Decree 1234/2024 of December 3, 2024. (Source 93; Source 94; Source 95.)

104. On May 29, 2023, President Luiz Inácio Lula da Silva of Brazil received Mr. Maduro Moros at the Planalto Palace in Brasília, where the two presidents held a joint press conference, after the two governments had appointed ambassadors to each other's capitals earlier that month. (Source 96, at 2–3.)

105. The Ministry of Foreign Affairs of Norway, which facilitated the negotiations between the Government of Venezuela and the opposition, describes the parties as "the Heads of Delegation of the Bolivarian Government of Venezuela and the Unitary Platform of Venezuela," and records that "[d]uring the fifth round of negotiations in Bridgetown, Barbados," on October 17, 2023, "the parties agreed on a joint statement and signed two partial agreements," and that a sixth round was held in Caracas on February 19, 2024. (Source 97, at 2–3.)

**D. The United Nations General Assembly's acceptance of the credentials of the Government of Venezuela, 2019 – 2025**

106. At each session of the General Assembly from the seventy-fourth (2019) to the eightieth (2025), the Credentials Committee reported that credentials of the representatives of "Venezuela (Bolivarian Republic of)" submitted by the government of Mr. Maduro Moros had been received, and the Committee and the General Assembly accepted them without a vote. The reports and resolutions, and the statements recorded in them, are the following.

107. Seventy-fourth session. The Committee's report of December 4, 2019 lists Venezuela among the Member States whose formal credentials had been received (¶ 5), records that the draft resolution "was adopted without a vote" (¶ 8), and records that "[t]he representative of the United States of America dissociated from the adoption of the Committee's resolution, solely with respect to the acceptance of the credentials submitted by the Maduro representative on

behalf of the Bolivarian Republic of Venezuela" (¶ 9). The General Assembly approved the report without a vote on December 18, 2019. At that meeting the representative of Peru, speaking "on behalf of the delegations of Brazil, Canada, Chile, Colombia, Costa Rica, Guatemala, Honduras, Panama, Paraguay and Peru, member countries of the Lima Group, as well as on behalf of the delegations of Australia, Ecuador, El Salvador, the United States of America, Georgia, Haiti, Israel, the Marshall Islands, the United Kingdom and the Republic of Korea," stated that the approval "should not be interpreted as a tacit recognition by our countries of the regime of Nicolás Maduro or of his designated representatives to the Assembly." (Source 98, ¶¶ 5, 8–10; Source 99; Source 100, at 1–2.)

108. Seventy-fifth session. The Committee's report of November 23, 2020 lists Venezuela among the Member States whose credentials had been communicated by copy or by letter or note verbale (¶ 6), records that the draft resolution was adopted without a vote on the understanding that formal credentials would be communicated as soon as possible (¶¶ 7–8), and records the United States' dissociation in the same terms (¶ 9). The General Assembly adopted the resolution approving the report on December 1, 2020. (Source 101, ¶¶ 6–9, 11; Source 102.)

109. Seventy-sixth session. The Committee's report of December 1, 2021 lists Venezuela among the Member States whose formal credentials had been received (¶ 5), records adoption without a vote (¶ 11), and records the United States' dissociation in the same terms (¶ 12). The General Assembly approved the report without a vote on December 6, 2021; at that meeting the representative of Colombia, on behalf of fifteen delegations including the United States, stated that the approval "should not be interpreted as tacit recognition by our countries of Nicolás Maduro Moros or his designated representatives to the General Assembly." (Source 103, ¶¶ 5, 11–13; Source 104; Source 105, at 2.)

110. Seventy-seventh session. The Committee's report of December 12, 2022 lists Venezuela among the Member States whose formal credentials had been received (¶ 5), records adoption without a vote (¶ 13), and records the United States' dissociation in the same terms (¶ 14). The General Assembly approved the report without a vote on December 16, 2022; the record of that meeting reflects no statement by any delegation concerning Venezuela's credentials. (Source 106, ¶¶ 5, 13–15; Source 107; Source 108, at 1.)

111. Seventy-eighth session. The Committee's report of December 6, 2023 lists Venezuela among the Member States whose formal credentials had been received (¶ 5) and records adoption without a vote (¶¶ 11–12). The report records no dissociation, statement or reservation by any member of the Committee, of which the United States was a member. The General Assembly adopted the resolution approving the report on December 18, 2023. (Source 109, ¶¶ 5, 11–12; Source 110.)

112. Seventy-ninth session. The Committee's report of November 20, 2024 lists Venezuela among the Member States whose formal credentials had been received (¶ 5) and records adoption without a vote (¶¶ 12–13). The report records no dissociation, statement or reservation by any member of the Committee, of which the United States was a member. The General Assembly adopted the resolution approving the report on December 6, 2024. (Source 111, ¶¶ 5, 12–13; Source 112.)

113. Eightieth session. The Committee's report of November 25, 2025 lists Venezuela among the Member States whose formal credentials had been received (¶ 5), records adoption without a vote (¶ 12), records that "[t]he representative of the United States of America dissociated from the adoption of the Committee's resolution, solely with respect to the acceptance of the credentials submitted by the Maduro representative on behalf of the Bolivarian Republic of

Venezuela" (¶ 13), and records that "[t]he representative of the Russian Federation stated that the report of the Committee had been adopted by consensus and that any type of statement issued after its adoption did not undermine or diminish that decision" (¶ 14). The General Assembly approved the report without a vote on December 12, 2025. According to the United Nations press summary of that meeting, the representatives of Ecuador, Argentina, Peru and Paraguay stated that the consensus adoption "cannot be interpreted as their countries' tacit recognition of Nicolas Maduro's regime in Venezuela or his representatives." (Source 113, ¶¶ 5, 12–15; Source 114; Source 115.)

114. On October 17, 2019, the General Assembly elected Venezuela to the Human Rights Council for the term 2020–2022 with 105 votes. (Source 116.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 9, 2026

/s/ M. Andrés Sánchez-Ross
M. Andrés Sánchez-Ross
Parker Sanchez & Donnelly, PLLC
700 Louisiana Street, Suite 4520
Houston, Texas 77002
(713) 659-7200
andres@psd.law
Admitted pro hac vice
Counsel for Defendant Cilia Adela Flores de Maduro

# INDEX OF SOURCES

| No. | Description / source | Viewed on |
|---|---|---|
| 1 | Statement from President Donald J. Trump Recognizing Venezuelan National Assembly President Juan Guaido as the Interim President of Venezuela (Jan. 23, 2019) — https://trumpwhitehouse.archives.gov/briefings-statements/statement-president-donald-j-trump-recognizing-venezuelan-national-assembly-president-juan-guaido-interim-president-venezuela/ | Oct. 13, 2026 |
| 2 | U.S. Department of the Treasury, Press Release, "Treasury Sanctions Venezuela's State-Owned Oil Company Petroleos de Venezuela, S.A." (Jan. 28, 2019) — https://home.treasury.gov/news/press-releases/sm594 | Oct. 13, 2026 |
| 3 | Statement by Secretary Pompeo, "Temporary Departure of U.S. Diplomatic Personnel from Venezuela" (Mar. 14, 2019) — https://2017-2021-translations.state.gov/2019/03/14/temporary-departure-of-u-s-diplomatic-personnel-from-venezuela/ (original: https://2017-2021.state.gov/secretary/remarks/2019/03/290365.htm) | Oct. 13, 2026 |
| 4 | Media Note, Office of the Spokesperson, "Signing of Protecting Power Arrangement for the United States in Venezuela" (Apr. 5, 2019) — https://2017-2021.state.gov/signing-of-protecting-power-arrangement-for-the-united-states-in-venezuela/ | Oct. 13, 2026 |
| 5 | Swiss Federal Department of Foreign Affairs, Media Release, "Good offices: Federal Councillor Ignazio Cassis signs an arrangement for a mandate of protecting power for the USA in Venezuela" (Apr. 5, 2019) — https://www.admin.ch/en/nsb?id=74595 | Oct. 13, 2026 |
| 6 | CNN, Jennifer Hansler, "Agreement to protect US interests in Venezuela still not operational after a month" (May 8, 2019) — https://www.cnn.com/2019/05/08/politics/us-embassy-protecting-power-venezuela | Oct. 13, 2026 |
| 6B | Vienna Convention on Diplomatic Relations, Apr. 18, 1961, 23 U.S.T. 3227, 500 U.N.T.S. 95, arts. 2, 4, 45–46 (United Nations Treaty Collection, certified true copy; English text at 1–20) — text also at https://legal.un.org/ilc/texts/instruments/english/conventions/9_1_1961.pdf | Aug. 13, 2026 |
| 6C | United Nations Treaty Collection, Multilateral Treaties Deposited with the Secretary-General, ch. III.3 (Vienna Convention on Diplomatic Relations), status list (United States: ratification Nov. 13, 1972; Venezuela: ratification Mar. 16, 1965) — https://treaties.un.org/doc/Publication/MTDSG/Volume%20I/Chapter%20III/iii-3.en.pdf | Oct. 22, 2026 |
| 7 | swissinfo.ch (SWI, Swiss Broadcasting Corporation), "Embajador suizo presenta credenciales en Venezuela" (May 14, 2019) — https://www.swissinfo.ch/spa/politica/embajador-suizo-presenta-credenciales-en-venezuela/44962440; the post of @NicolasMaduro of May 13, 2019 reproduced in the article — https://twitter.com/NicolasMaduro/status/1128105004076814337 | Oct. 21, 2026 |
| 8 | Ministerio del Poder Popular de Economía y Finanzas, "Embajador de Suiza entregó cartas credenciales ante el presidente Maduro" (Oct. 6, 2020) (T/ Prensa Presidencial) — https://www.mppef.gob.ve/31280-2/ | Oct. 21, 2026 |
| 9 | Exec. Order No. 13,884, "Blocking Property of the Government of Venezuela," 84 Fed. Reg. 38843 (Aug. 7, 2019) — https://www.govinfo.gov/content/pkg/FR-2019-08-07/pdf/2019-17052.pdf | Oct. 13, 2026 |

| No. | Description / source | Viewed on |
|---|---|---|
| 10 | Designation of Venezuela for Temporary Protected Status and Implementation of Employment Authorization for Venezuelans Covered by Deferred Enforced Departure, 86 Fed. Reg. 13574 (Mar. 9, 2021) — https://www.govinfo.gov/content/pkg/FR-2021-03-09/html/2021-04951.htm | Oct. 13, 2026 |
| 11 | Remarks Prior to a Meeting With President Klaus Iohannis of Romania and an Exchange With Reporters (Aug. 20, 2019), DCPD-201900556 (govinfo.gov) | Oct. 13, 2026 |
| 12 | Briefing With Special Representative for Venezuela Elliott Abrams On the Democratic Transition Framework for Venezuela, Special Briefing (Mar. 31, 2020) — https://2017-2021.state.gov/briefing-with-special-representative-for-venezuela-elliott-abrams-on-the-democratic-transition-framework-for-venezuela/ | Oct. 13, 2026 |
| 13 | Axios, Jonathan Swan, "Exclusive: Trump cold on Guaidó, would consider meeting Maduro" (June 21, 2020) — https://www.axios.com/2020/06/21/trump-venezuela-guaido-maduro | Oct. 13, 2026 |
| 14 | Post of @realDonaldTrump on X (June 22, 2020) (screenshot), and as reproduced in part in Al Jazeera, "Trump backtracks on meeting with Venezuela's Maduro" (June 22, 2020) — https://www.aljazeera.com/news/2020/6/22/trump-backtracks-on-meeting-with-venezuelas-maduro | Oct. 21, 2026 |
| 15 | Press Briefing by Press Secretary Jen Psaki (Mar. 7, 2022) — https://bidenwhitehouse.archives.gov/briefing-room/press-briefings/2022/03/07/press-briefing-by-press-secretary-jen-psaki-march-7th-2022/ | Oct. 13, 2026 |
| 16 | Press Briefing by Press Secretary Jen Psaki (Mar. 10, 2022) — https://bidenwhitehouse.archives.gov/briefing-room/press-briefings/2022/03/10/press-briefing-by-press-secretary-jen-psaki-march-9-2022/ | Oct. 21, 2026 |
| 17 | Background Press Call by Senior Administration Officials Previewing the Visit of President Duque of Colombia (held Mar. 9, 2022; released Mar. 10, 2022) — https://bidenwhitehouse.archives.gov/briefing-room/press-briefings/2022/03/10/background-press-call-by-senior-administration-officials-previewing-the-visit-of-president-duque-of-colombia/ | Oct. 21, 2026 |
| 18 | Statement of President Joe Biden on the Return of American Detainees from Venezuela (Mar. 8, 2022) — https://bidenwhitehouse.archives.gov/briefing-room/statements-releases/2022/03/08/statement-of-president-joe-biden-on-the-return-of-american-detainees-from-venezuela/ | Oct. 13, 2026 |
| 19 | Press Briefing by Press Secretary Jen Psaki (Mar. 9, 2022), as reproduced by The American Presidency Project — https://www.presidency.ucsb.edu/documents/press-briefing-press-secretary-jen-psaki-135 | Oct. 13, 2026 |
| 20 | Statement on the Return of United States Citizens Wrongfully Detained in Venezuela (Oct. 1, 2022), DCPD-202200864 — https://www.govinfo.gov/content/pkg/DCPD-202200864/html/DCPD-202200864.htm | Oct. 13, 2026 |
| 21 | Background Press Call on the Return of Americans Wrongfully Detained in Venezuela (Oct. 1, 2022; posted Oct. 5, 2022) — https://bidenwhitehouse.archives.gov/briefing-room/press-briefings/2022/10/05/background-press-call-on-the-return-of-americans-wrongfully-detained-in-venezuela | Oct. 13, 2026 |

| No. | Description / source | Viewed on |
|---|---|---|
| 22 | U.S. Department of the Treasury, Press Release, “Treasury Issues Venezuela General License 41 Upon Resumption of Mexico City Talks” (Nov. 26, 2022) — https://home.treasury.gov/news/press-releases/jy1127 | Oct. 13, 2026 |
| 23 | Press Statement, Ned Price, Department Spokesperson, “Venezuela’s Interim Government and the 2015 National Assembly” (Jan. 3, 2023) — https://2021-2025.state.gov/venezuelas-interim-government-and-the-2015-national-assembly/ | Oct. 13, 2026 |
| 23B | Memorando de entendimiento (28.9.2023), delegations of the United States of America and of the Bolivarian Republic of Venezuela, Doha, Qatar (3 pp., Spanish; signed for Venezuela, United States signature line blank), as published by Runrun.es — https://runrun.es/wp-content/uploads/2024/08/doha3.pdf | Nov. 6, 2026 |
| 23C | Post of @NicolasMaduro on X (Aug. 1, 2024, 5:43 PM) publishing the memorandum (screenshot) — https://x.com/NicolasMaduro/status/1819141849426121020 | Nov. 9, 2026 |
| 23D | Runrun.es (La Hora de Venezuela), “Doha-Caracas, el documento clave de Maduro para negociación (y por qué no es posible)” (Aug. 9, 2024) — https://runrun.es/rr-es-plus/562203/doha-caracas-el-documento-clave-de-maduro-para-negociacion-y-por-que-no-es-posible/ | Nov. 9, 2026 |
| 24 | Secretary Antony J. Blinken, Secretary of Homeland Security Alejandro Mayorkas, Attorney General Merrick Garland, White House Homeland Security Advisor Dr. Liz Sherwood-Randall, Mexican Secretary of Public Security and Citizen Protection Rosa Icela Rodríguez Velázquez, and Mexican Foreign Secretary Alicia Bárcena at a Joint Press Availability, Mexico City (Oct. 5, 2023), Department of State transcript — https://2021-2025.state.gov/secretary-antony-j-blinken-secretary-of-homeland-security-alejandro-mayorkas-attorney-general-merrick-garland-white-house-homeland-security-advisor-dr-liz-sherwood-randall-mexican-secretary-of-p | Oct. 21, 2026 |
| 25 | U.S. Department of Homeland Security, Press Release, “United States to Resume Removals of Venezuelans Who Do Not Have a Legal Basis to Remain in the United States to Venezuela” (Oct. 5, 2023) — https://www.dhs.gov/archive/news/2023/10/05/united-states-resume-removals-venezuelans-who-do-not-have-legal-basis-remain-united | Oct. 21, 2026 |
| 25B | Gobierno Bolivariano de Venezuela, Comunicado (Caracas, Oct. 5, 2023) (“ha suscrito un acuerdo sobre migración”), as published by the Ministerio del Poder Popular para Relaciones Exteriores — https://mppre.gob.ve/gestor2/archivos/documentos/2163/archivoproducto231012095559.pdf | Oct. 22, 2026 |
| 25C | Miami Herald, Syra Ortiz Blanes and Nora Gámez Torres, “U.S. and Venezuela made a deal to restart direct deportations, but terms aren’t clear” (Oct. 6, 2023, updated Oct. 7, 2023) — https://www.miamiherald.com/news/nation-world/world/americas/venezuela/article280212664.html | Oct. 22, 2026 |
| 25D | Press Statement, Matthew Miller, Department Spokesperson, “Venezuelans Return to Negotiations” (Oct. 16, 2023) — https://2021-2025.state.gov/venezuelans-return-to-negotiations/ | Nov. 9, 2026 |

| No. | Description / source | Viewed on |
|---|---|---|
| 25E | Media Note, Office of the Spokesperson, "Joint Statement on Venezuela Negotiations" (Oct. 17, 2023) — https://2021-2025.state.gov/joint-statement-on-venezuela-negotiations-3/; also published by the United Kingdom Foreign, Commonwealth & Development Office, "Venezuela negotiations: joint statement, 17 October 2023" (Oct. 18, 2023) — https://www.gov.uk/government/news/us-uk-can-eu-joint-statement-on-venezuela-negotiations | Nov. 6, 2026 (state.gov); Nov. 9, 2026 (gov.uk) |
| 26 | U.S. Department of the Treasury, Press Release, "In Response to Electoral Roadmap, Treasury Issues New Venezuela General Licenses" (Oct. 18, 2023) — https://home.treasury.gov/news/press-releases/jy1822 | Oct. 13, 2026 |
| 27 | OFAC, "Frequently Asked Questions Related to the Suspension of Certain U.S. Sanctions with Respect to Venezuela on October 18, 2023" (Oct. 18, 2023; superseded by the version dated Nov. 16, 2023) — https://ofac.treasury.gov/media/932241/download?inline | Oct. 13, 2026 |
| 28 | Publication of Venezuela Sanctions Regulations Web General Licenses 3I, 5M, 9H, 43, 44, and 45, 88 Fed. Reg. 76991 (Nov. 8, 2023) — https://www.federalregister.gov/documents/2023/11/08/2023-24831/publication-of-venezuela-sanctions-regulations-web-general-licenses-3i-5m-9h-43-44-and-45 | Oct. 13, 2026 |
| 29 | Senior Administration Officials on Venezuela, Special Briefing, Office of the Spokesperson (Oct. 18, 2023) — https://2021-2025.state.gov/senior-administration-officials-on-venezuela/ | Oct. 13, 2026 |
| 30 | U.S. Department of Homeland Security, Press Release, "DHS Resumes Direct Repatriations of Venezuelan Nationals" (Oct. 18, 2023) — https://www.dhs.gov/archive/news/2023/10/18/dhs-resumes-direct-repatriations-venezuelan-nationals | Oct. 13, 2026 |
| 31 | Statement from President Joe Biden on Securing the Release of Americans Detained in Venezuela (Dec. 20, 2023) — https://bidenwhitehouse.archives.gov/briefing-room/statements-releases/2023/12/20/statement-from-president-joe-biden-on-securing-the-release-of-americans-detained-in-venezuela/ | Oct. 13, 2026 |
| 32 | Remarks on the Release of United States Citizens Detained in Venezuela and an Exchange With Reporters in Milwaukee, Wisconsin (Dec. 20, 2023), DCPD-202301133 — https://www.govinfo.gov/content/pkg/DCPD-202301133/html/DCPD-202301133.htm | Oct. 13, 2026 |
| 33 | Remarks in an Exchange With Reporters Upon Returning From Milwaukee, Wisconsin (Dec. 20, 2023), as reproduced by The American Presidency Project — https://www.presidency.ucsb.edu/documents/remarks-exchange-with-reporters-upon-returning-from-milwaukee-wisconsin | Oct. 13, 2026 |
| 34 | Background Press Call by Senior Administration Officials on Venezuela (Dec. 20, 2023) — https://bidenwhitehouse.archives.gov/briefing-room/press-briefings/2023/12/20/background-press-call-by-senior-administration-officials-on-venezuela-2/ | Oct. 13, 2026 |
| 35 | Press Statement, Antony J. Blinken, Secretary of State, "Release of U.S. Nationals and Electoral Roadmap Implementation in Venezuela" (Dec. 20, 2023) — https://ve.usembassy.gov/release-of-u-s-nationals-and-electoral-roadmap-implementation-in-venezuela/ | Oct. 13, 2026 |
| 36 | Executive Grant of Clemency, Alex Nain Saab Moran (signed Dec. 15, 2023) — https://www.justice.gov/pardon/pardons-granted-president-joseph-biden-2021-present | Oct. 13, 2026 |

| No. | Description / source | Viewed on |
|---|---|---|
| 37 | Press Statement, Matthew Miller, Department Spokesperson, “Venezuelan Supreme Court Rulings and the Barbados Agreement” (Jan. 27, 2024) — https://2021-2025.state.gov/venezuelan-supreme-court-rulings-and-the-barbados-agreement/ | Oct. 13, 2026 |
| 38 | Press Statement, Office of the Spokesperson, “Venezuela Sanctions Relief: Expiration of General License 44” (Apr. 17, 2024) — https://2021-2025.state.gov/venezuela-sanctions-relief-expiration-of-general-license-44/ | Oct. 13, 2026 |
| 39 | Background Press Call by Senior Administration Officials on Venezuela (Apr. 17, 2024) — https://bidenwhitehouse.archives.gov/briefing-room/statements-releases/2024/04/17/background-press-call-by-senior-administration-officials-on-venezuela-3 | Oct. 13, 2026 |
| 39B | Department Press Briefing, Matthew Miller, Department Spokesperson (Aug. 8, 2024), transcript — https://2021-2025.state.gov/briefings/department-press-briefing-august-8-2024/ | Nov. 9, 2026 |
| 40 | Letter from Philip G. Laidlaw, Principal Deputy Assistant Secretary, Bureau of Legislative Affairs, U.S. Department of State, to Senator Charles E. Grassley (Sept. 5, 2024), as posted by Senator Grassley — https://www.grassley.senate.gov/imo/media/doc/state_to_grassley_-_maduro_amnesty.pdf | Oct. 21, 2026 |
| 41 | Press Briefing by Press Secretary Karoline Leavitt (Jan. 31, 2025), as reproduced by The American Presidency Project — https://www.presidency.ucsb.edu/documents/press-briefing-press-secretary-karoline-leavitt-14 | Oct. 13, 2026 |
| 42 | Al Jazeera, “Trump envoy arrives in Venezuela to meet Maduro about deportation flights” (Jan. 31, 2025) — https://www.aljazeera.com/news/2025/1/31/trump-envoy-arrives-in-venezuela-to-meet-maduro-about-deportation-flights | Oct. 13, 2026 |
| 43A | Truth Social Posts of January 31, 2025, as compiled by The American Presidency Project — https://www.presidency.ucsb.edu/documents/truth-social-posts-january-31-2025 | Oct. 13, 2026 |
| 43B | Truth Social Posts of February 1, 2025, as compiled by The American Presidency Project — https://www.presidency.ucsb.edu/documents/truth-social-posts-february-1-2025 | Oct. 13, 2026 |
| 43C | Post of The White House (@WhiteHouse) on X (Feb. 10, 2025, 2:53 PM) (“Repatriation flights to Venezuela have resumed …”) (screenshot) — https://x.com/WhiteHouse | Oct. 22, 2026 |
| 43D | Associated Press, Valerie Gonzalez, “Venezuela sends 2 planes to US to return migrants, signaling a potential improvement in relations” (Feb. 10, 2025) — https://apnews.com/article/trump-immigration-crackdown-venezuela-aragua-a9b5a11b1e14e40c62741ac6f1aa0f74 | Oct. 22, 2026 |
| 44 | Truth Social Posts of February 26, 2025, as compiled by The American Presidency Project — https://www.presidency.ucsb.edu/documents/truth-social-posts-february-26-2025 | Oct. 13, 2026 |
| 44B | Post of Secretary of State Marco Rubio (@SecRubio) on X (Mar. 18, 2025, 4:00 PM) (“Venezuela is obligated to accept its repatriated citizens from the U.S.”) (screenshot) — https://x.com/SecRubio | Oct. 22, 2026 |
| 44C | Agencia EFE, “Venezuela anuncia un acuerdo con EEUU para reanudar vuelos de repatriación de migrantes” (Mar. 22, 2025), as published by BioBioChile — https://www.biobiochile.cl/noticias/internacional/america-latina/2025/03/22/venezuela-anuncia-un-acuerdo-con-eeuu-para-reanudar-vuelos-de-repatriacion-de-migrantes.shtml | Oct. 22, 2026 |

| No. | Description / source | Viewed on |
|---|---|---|
| 44D | Post on the X account of the Assistant Secretary of State for Western Hemisphere Affairs (@WHAAsstSecty) (Mar. 23, 2025, 9:48 PM) ("Today, deportation flights of Venezuelan illegal aliens to their homeland resumed via Honduras") (screenshot) — https://x.com/WHAAsstSecty/status/1904002353403248653 | Oct. 22, 2026 |
| 44E | UPI, Ian Stark, "U.S. resumes deportation flights to Venezuela" (Mar. 24, 2025) — https://www.upi.com/Top_News/US/2025/03/24/Venezuela-migrant-deport-Trump/5131742814626/ | Oct. 22, 2026 |
| 45 | Post of Secretary of State Marco Rubio (@SecRubio) on X (July 18, 2025, 2:54 PM) — https://x.com/SecRubio/status/1946297566045278405 | Oct. 13, 2026 |
| 46A | NPR, Morning Edition, "Trump hints at talks with Maduro as U.S. expands military presence near Venezuela" (Nov. 17, 2025) (transcript, with audio of the President's remarks) — https://www.wqln.org/world/2025-11-17/trump-hints-at-talks-with-maduro-as-u-s-expands-military-presence-near-venezuela | Oct. 13, 2026 |
| 46B | Associated Press, Regina Garcia Cano and Aamer Madhani, "Trump leaves military action against Venezuela on the table but floats possible talks" (Nov. 17, 2025), as published by KTLA — https://ktla.com/news/politics/ap-politics/ap-trump-floats-possible-talks-with-venezuela-but-leaves-military-action-on-the-table/ | Oct. 13, 2026 |
| 47 | Remarks in an Exchange With Reporters Aboard Air Force One En Route to Joint Base Andrews, Maryland (Nov. 30, 2025), DCPD-202501151 — https://www.govinfo.gov/content/pkg/DCPD-202501151/pdf/DCPD-202501151.pdf | Oct. 13, 2026 |
| 48 | N+ (with Reuters), "EUA Reanudará Vuelos de Migrantes Venezolanos, Luego de Tensión por Espacio Aéreo" (Dec. 2, 2025) — https://www.nmas.com.mx/internacional/eua-reanudara-vuelos-de-migrantes-venezolanos-luego-de-tension-por-espacio-aereo | Oct. 22, 2026 |
| 48B | CNN Chile (Agencia EFE), "Gobierno de Nicolás Maduro autoriza reanudar vuelos para repatriar a migrantes desde Estados Unidos" (Dec. 2, 2025) — https://www.cnnchile.com/mundo/gobierno-de-nicolas-maduro-autoriza-reanudar-vuelos-para-repatriar-a-migrantes-desde-estados-unidos/ | Oct. 22, 2026 |
| 48C | Human Rights First, Press Release, "New ICE Flight Monitor Report Shows Sharp Escalation of Deportation and Domestic Transfer Flights Under Trump Administration" (Dec. 11, 2025) — https://humanrightsfirst.org/library/new-ice-flight-monitor-report-shows-sharp-escalation-of-deportation-and-domestic-transfer-flights-under-trump-administration/ | Oct. 22, 2026 |
| 48D | U.S. Department of State, Treaties in Force: A List of Treaties and Other International Agreements of the United States in Force on January 1, 2026, at 463–66 (Venezuela) — https://www.state.gov/wp-content/uploads/2026/06/Treaties-in-Force-2026.pdf | Oct. 22, 2026 |
| 48E | U.S. Department of Justice, Criminal Division, Office of International Affairs, "Mutual Legal Assistance Treaties of the United States (MLATs)" (April 2022) — https://www.justice.gov/criminal-oia/file/1498806/download | Oct. 22, 2026 |
| 48F | Memorandum for the Legal Advisor, National Security Council, from T. Elliot Gaiser, Assistant Attorney General, Office of Legal Counsel, U.S. Department of Justice, Re: Proposed War Department Operation to Support Law Enforcement Efforts in Venezuela (Dec. 23, 2025) (public redacted version, 22 pp.) | May 4, 2026 |

| No. | Description / source | Viewed on |
|---|---|---|
| 49 | Defendants' Motion to Vacate Temporary Restraining Order, J.G.G. v. Trump, No. 1:25-cv-00766-JEB (D.D.C.), ECF 26 (Mar. 17, 2025) | docket copy |
| 50 | Declaration of Michael G. Kozak (Mar. 15, 2025), filed as ECF 26-2 in J.G.G. v. Trump, No. 1:25-cv-00766-JEB (D.D.C.) (Mar. 17, 2025), and as ECF 41-3 in G.F.F. v. Trump, No. 1:25-cv-02886-AKH (S.D.N.Y.) (Apr. 15, 2025) | docket copy |
| 51 | Respondents' Opposition to Petitioners' Motion for a Temporary Restraining Order (Construed as a Motion for a Preliminary Injunction), G.F.F. v. Trump, No. 1:25-cv-02886-AKH (S.D.N.Y.), ECF 41 (Apr. 15, 2025) | docket copy |
| 52 | Defendants' Opposition to Motion for Preliminary Injunction, J.G.G. v. Trump, No. 1:25-cv-00766-JEB (D.D.C.), ECF 72 (Apr. 1, 2025) | docket copy |
| 53 | Motion to Stay the March 18 Minute Order, J.G.G. v. Trump, No. 1:25-cv-00766-JEB (D.D.C.), ECF 37 (Mar. 19, 2025) | docket copy |
| 54 | Declaration of Attorney General Pamela J. Bondi, J.G.G. v. Trump, No. 1:25-cv-00766-JEB (D.D.C.), ECF 56-1 (Mar. 24, 2025) | docket copy |
| 55 | The President's News Conference in Palm Beach, Florida (Jan. 3, 2026), Daily Comp. Pres. Docs., DCPD-202600003 — https://www.govinfo.gov/content/pkg/DCPD-202600003/html/DCPD-202600003.htm | Oct. 13, 2026 |
| 56 | Secretary of State Marco Rubio with Margaret Brennan of CBS's Face the Nation (Jan. 4, 2026), Department of State transcript — https://www.state.gov/releases/2026/01/secretary-of-state-marco-rubio-with-margaret-brennan-of-cbss-face-the-nation-2/ | Oct. 21, 2026 |
| 57 | The Hill, Ryan Mancini, "Maduro is Venezuela's only president, says VP Delcy Rodriguez" (Jan. 3, 2026, 4:44 PM ET) — https://thehill.com/policy/international/5671446-venezuelan-vice-president-defends-maduro/ | Oct. 13, 2026 |
| 58 | U.N. Doc. S/PV.10085, Security Council, 10085th meeting (Jan. 5, 2026), provisional verbatim record (English), at 22–23; Spanish record (statement of Venezuela beginning at 23) — https://docs.un.org/en/S/PV.10085 | Sept. 2, 2026 |
| 59 | Asamblea Nacional, "Instalada Comisión de Alto Nivel para Liberación del presidente Maduro y Cilia Flores" (Jan. 8, 2026) — https://www.asambleanacional.gob.ve/noticias/instalada-comision-de-alto-nivel-para-liberacion-del-presidente-maduro-y-cilia-flores | Oct. 13, 2026 |
| 60 | NBC News, Babak Dehghanpisheh, "Nicolás Maduro is still the 'legitimate president' of Venezuela, acting leader Delcy Rodríguez says" (Feb. 12, 2026) — https://www.nbcnews.com/world/venezuela/maduro-legitimate-president-venezuela-delcy-rodriguez-interview-trump-rcna258687 | Oct. 13, 2026 |
| 61 | Al Jazeera, Urooba Jamal, "Venezuela demands immediate release of Maduro from US custody" (Feb. 23, 2026) — https://www.aljazeera.com/news/2026/2/23/venezuelan-foreign-minister-demands-maduros-release-from-us-prison | Oct. 13, 2026 |
| 62 | Tribunal Supremo de Justicia, Sala Constitucional, Sentencia No. 0724, Exp. No. 26-0495 (June 10, 2026) (ponencia conjunta) — copy in the folder as SC-0724-10626.pdf; the decision number appears on the Tribunal's website and in the file name rather than in the text | Sept. 2, 2026 |

| No. | Description / source | Viewed on |
|---|---|---|
| 63 | Tribunal Supremo de Justicia, Sala Constitucional, Sentencia No. 0824, Exp. No. 26-0987 (Aug. 11, 2026) (ponencia conjunta) — http://historico.tsj.gob.ve/decisiones/scon/agosto/357086-0824-11826-2026-26-0987.HTML, as reproduced at https://accesoalajusticia.org/wp-content/uploads/2026/08/SC-0824-11826.pdf | Oct. 21, 2026 |
| 64 | TIME, Eric Cortellessa, “Read the Full Transcript of TIME’s Interview With Venezuelan President Delcy Rodríguez” (July 30, 2026) — https://time.com/article/2026/07/30/venezuelan-president-delcy-rodriguez-interview-transcript/ | Oct. 13, 2026 |
| 65 | Real America’s Voice (RAV Español), “EXCLUSIVE — Javier Negre interviews Delcy Rodríguez at Miraflores” (video, 62:55, posted July 17, 2026) — https://www.youtube.com/watch?v=67AHbywwRBE | Oct. 21, 2026 |
| 66 | Interview With Zolan Kanno-Youngs, Tyler Pager, Katie Rogers, and David E. Sanger of The New York Times (Jan. 7, 2026), as reproduced by The American Presidency Project — https://www.presidency.ucsb.edu/documents/interview-with-zolan-kanno-youngs-tyler-pager-katie-rogers-and-david-e-sanger-the-new-york | Oct. 13, 2026 |
| 67 | Press Briefing by Press Secretary Karoline Leavitt (Jan. 7, 2026), as reproduced by The American Presidency Project — https://www.presidency.ucsb.edu/documents/press-briefing-press-secretary-karoline-leavitt-45 | Oct. 13, 2026 |
| 68 | Remarks on Signing the Whole Milk for Healthy Kids Act of 2025 and an Exchange With Reporters (Jan. 14, 2026), as reproduced by The American Presidency Project — https://www.presidency.ucsb.edu/documents/remarks-signing-the-whole-milk-for-healthy-kids-act-2025-and-exchange-with-reporters | Oct. 13, 2026 |
| 69 | Press Briefing by Press Secretary Karoline Leavitt (Jan. 15, 2026), as reproduced by The American Presidency Project — https://www.presidency.ucsb.edu/documents/press-briefing-press-secretary-karoline-leavitt-17 | Oct. 13, 2026 |
| 70 | Remarks in a Cabinet Meeting (Jan. 29, 2026), as reproduced by The American Presidency Project — https://www.presidency.ucsb.edu/documents/remarks-cabinet-meeting-2 | Oct. 13, 2026 |
| 71 | Remarks and an Exchange With Reporters Prior to Departure for Fort Bragg, North Carolina (Feb. 13, 2026), as reproduced by The American Presidency Project — https://www.presidency.ucsb.edu/documents/remarks-and-exchange-with-reporters-prior-departure-for-fort-bragg-north-carolina | Oct. 13, 2026 |
| 72 | Remarks and an Exchange With Reporters Aboard Air Force One En Route to Joint Base Andrews, Maryland (Feb. 16, 2026), as reproduced by The American Presidency Project | Oct. 13, 2026 |
| 73 | Remarks Prior to a Meeting With Chancellor Friedrich Merz of Germany and an Exchange With Reporters (Mar. 3, 2026), as reproduced by The American Presidency Project — https://www.presidency.ucsb.edu/documents/remarks-prior-meeting-with-chancellor-friedrich-merz-germany-and-exchange-with-reporters-0 | Oct. 13, 2026 |
| 74 | Remarks at the Shield of the Americas Summit in Miami, Florida (Mar. 7, 2026), DCPD-202600155 — https://www.govinfo.gov/content/pkg/DCPD-202600155/html/DCPD-202600155.htm | Oct. 13, 2026 |

| No. | Description / source | Viewed on |
|---|---|---|
| 75 | TIME, Eric Cortellessa, "How Delcy Rodríguez Went From Maduro Loyalist to Trump Proxy" (July 30, 2026) — https://time.com/article/2026/07/30/venezuelan-president-delcy-rodriguez-interview/ | Oct. 21, 2026 |
| 76 | Truth Social post of President Trump (Aug. 28, 2026), as compiled by The American Presidency Project — https://www.presidency.ucsb.edu/documents/truth-social-posts-august-28-2026; original at https://truthsocial.com/@realDonaldTrump/117175567133618952 | Oct. 13, 2026 |
| 77 | Pool Reports of September 22, 2026 (Elina Shirazi, Daily Mail), as compiled by The American Presidency Project — https://www.presidency.ucsb.edu/documents/pool-reports-september-22-2026 | Oct. 13, 2026 |
| 78 | TIME, "Read the Full Transcript of Donald Trump's 2026 Interview With TIME" (Oct. 1, 2026) (interview of Sept. 28, 2026 by Eric Cortellessa and Sam Jacobs) — https://time.com/article/2026/10/01/donald-trump-2026-interview-transcript/ | Oct. 13, 2026 |
| 79 | Declaration of Secretary of State Marco Rubio, J.G.G. v. Trump, No. 1:25-cv-00766-JEB (D.D.C.), ECF 56-2 (Mar. 24, 2025) | docket copy |
| 80 | Declaration of Secretary of Homeland Security Kristi Noem, J.G.G. v. Trump, No. 1:25-cv-00766-JEB (D.D.C.), ECF 56-3 (Mar. 24, 2025) | docket copy |
| 81 | Briefing With Special Representative for Venezuela Elliott Abrams On Recent Developments in U.S.-Venezuela Policy, Special Briefing (July 28, 2020) — https://2017-2021.state.gov/special-representative-for-venezuela-elliott-abrams-on-recent-developments-in-u-s-venezuela-policy/ | Oct. 13, 2026 |
| 82 | Exec. Order No. 13,526, 75 Fed. Reg. 707 (Dec. 29, 2009) — https://www.archives.gov/isoo/policy-documents/cnsi-eo.html | Oct. 13, 2026 |
| 83 | 5 FAH-1 H-610, "Using Diplomatic Notes" (CT:CH-81; 06-18-2026), 5 FAH-1 H-611 and H-612 (CT:CH-78; 12-27-2024) — https://fam.state.gov/FAM/05FAH01/05FAH010610.html | Oct. 21, 2026 |
| 84 | U.S. Department of State, Office of the Spokesperson, Media Note, "A Statement on U.S.-Venezuela Relations" (Mar. 5, 2026) — https://www.state.gov/releases/office-of-the-spokesperson/2026/03/a-statement-on-u-s-venezuela-relations | Oct. 19, 2026 |
| 85 | Letter from Ambassador Michael G. Kozak, Senior Bureau Official, Bureau of Western Hemisphere Affairs, U.S. Department of State, to Jay Clayton, United States Attorney (Mar. 10, 2026), filed as Exhibit A, Doc. 228-1, In re Claims Against the Valero-Petrocedeño Account, No. 20 Misc. 249 (LGS) (SN) (S.D.N.Y. Mar. 11, 2026), and as Exhibit A, Doc. 621-1, No. 16 Misc. 405 (LGS) (SN) (S.D.N.Y. Mar. 11, 2026) (PACER) | Oct. 19, 2026 |
| 85B | U.S. Department of State, Office of the Spokesman, "Senior State Department Official on Venezuela," Remarks, via teleconference (Oct. 26, 2026) — https://www.state.gov/releases/office-of-the-spokesman/2026/10/senior-state-department-official-on-venezuela | Nov. 3, 2026 |
| 86 | Press Statement, Michael R. Pompeo, Secretary of State, "Recognition of Juan Guaido as Venezuela's Interim President by Several European Countries" (Feb. 4, 2019) — https://2017-2021.state.gov/recognition-of-juan-guaido-as-venezuelas-interim-president-by-several-european-countries/ | Oct. 19, 2026 |

| No. | Description / source | Viewed on |
|---|---|---|
| 87 | Press Statement, Michael R. Pompeo, Secretary of State, “The United States Continues To Recognize Interim President Guaidó and the Last Democratically Elected National Assembly in Venezuela” (Jan. 5, 2021) — https://2017-2021.state.gov/the-united-states-continues-to-recognize-interim-president-guaido-and-the-last-democratically-elected-national-assembly-in-venezuela/ | Oct. 21, 2026 |
| 88 | Council of the European Union, Press Release, “Venezuela: Declaration by the High Representative on behalf of the European Union” (Jan. 6, 2021) — https://www.consilium.europa.eu/en/press/press-releases/2021/01/06/venezuela-declaration-by-the-high-representative-on-behalf-of-the-european-union/ | Oct. 19, 2026 |
| 89 | Council of the European Union, Outcome of Proceedings, Council conclusions on Venezuela, doc. 5582/21 (Jan. 25, 2021) — https://data.consilium.europa.eu/doc/document/ST-5582-2021-INIT/en/pdf | Oct. 19, 2026 |
| 90 | Resolución Suprema N° 131-2024-RE (Lima, July 11, 2024) — https://cdn.www.gob.pe/uploads/document/file/6761292/5861211-resolucion-suprema-n-131-2024-re.pdf | Oct. 19, 2026 |
| 91 | Cancillería de Colombia, news release, “‘Una vez presente mis credenciales ante el presidente Maduro, quedan restablecidas completamente las relaciones entre Venezuela y Colombia’: Embajador Armando Benedetti” (Caracas, Aug. 28, 2022) — https://www.cancilleria.gov.co/sala-de-prensa/noticias/una-vez-presente-mis-credenciales-ante-el-presidente-maduro-quedan-restablecidas-completa | Oct. 19, 2026 |
| 92 | Embajada de Chile en Venezuela, “Embajador Gazmuri presenta cartas credenciales ante Venezuela” (Aug. 16, 2023) — https://www.chile.gob.cl/venezuela/noticias/embajador-gazmuri-presenta-cartas-credenciales-ante-venezuela | Oct. 19, 2026 |
| 93 | Ministerio del Poder Popular para Relaciones Exteriores de Venezuela, “Venezuela revisa agenda diplomática y cooperación con Francia, Portugal y Suiza” (Feb. 28, 2025) — https://mppre.gob.ve/publicacion/4178-0 | Oct. 21, 2026 |
| 94 | Ministerio del Poder Popular para Relaciones Exteriores de Venezuela, “Presidente Maduro recibió Cartas Credenciales del nuevo embajador de España” (Dec. 23, 2024) — https://mppre.gob.ve/index.php/publicacion/3728-presidente-maduro-recibio-cartas-credenciales-del-nuevo-embajador-de-espana | Oct. 21, 2026 |
| 95 | Real Decreto 1234/2024, de 3 de diciembre, Boletín Oficial del Estado núm. 292 (Dec. 4, 2024) — https://www.boe.es/diario_boe/txt.php?id=BOE-A-2024-25222 | Oct. 21, 2026 |
| 96 | Peoples Dispatch, “Nicolás Maduro makes historic trip to Brazil for South American Presidents’ Summit” (May 29, 2023) — https://peoplesdispatch.org/2023/05/29/nicolas-maduro-makes-historic-trip-to-brazil-for-south-american-presidents-summit/ | Oct. 19, 2026 |
| 97 | Norwegian Ministry of Foreign Affairs, “The Venezuelan Negotiation Process” (last updated Aug. 7, 2025) — https://www.regjeringen.no/en/topics/foreign-affairs/peace-and-reconciliation-efforts/norways_engagement/venezuela_negotiations/id2674295/ | Oct. 19, 2026 |
| 98 | Report of the Credentials Committee, U.N. Doc. A/74/572 (Dec. 4, 2019) — https://docs.un.org/en/A/74/572 | Oct. 19, 2026 |
| 99 | G.A. Res. 74/179, U.N. Doc. A/RES/74/179 (Dec. 18, 2019) — https://docs.un.org/en/A/RES/74/179 | Oct. 19, 2026 |

| No. | Description / source | Viewed on |
|---|---|---|
| 100 | U.N. GAOR, 74th Sess., 51st plen. mtg., U.N. Doc. A/74/PV.51 (Dec. 18, 2019) — https://digitallibrary.un.org/record/3856468/files/A_74_PV.51-EN.pdf | Oct. 19, 2026 |
| 101 | Report of the Credentials Committee, U.N. Doc. A/75/606 (Nov. 23, 2020) — https://docs.un.org/en/A/75/606 | Oct. 19, 2026 |
| 102 | G.A. Res. 75/19, U.N. Doc. A/RES/75/19 (Dec. 1, 2020) — https://docs.un.org/en/A/RES/75/19 | Oct. 19, 2026 |
| 103 | Report of the Credentials Committee, U.N. Doc. A/76/550 (Dec. 1, 2021) — https://digitallibrary.un.org/record/3950043/files/A_76_550-EN.pdf | Oct. 19, 2026 |
| 104 | G.A. Res. 76/15, U.N. Doc. A/RES/76/15 (Dec. 6, 2021) — https://docs.un.org/en/A/RES/76/15 | Oct. 19, 2026 |
| 105 | U.N. GAOR, 76th Sess., 44th plen. mtg., U.N. Doc. A/76/PV.44 (Dec. 6, 2021) — https://digitallibrary.un.org/record/3983360/files/A_76_PV.44-EN.pdf | Oct. 21, 2026 |
| 106 | Report of the Credentials Committee, U.N. Doc. A/77/600 (Dec. 12, 2022) — https://docs.un.org/en/A/77/600 | Oct. 19, 2026 |
| 107 | G.A. Res. 77/239, U.N. Doc. A/RES/77/239 (Dec. 16, 2022) — https://docs.un.org/en/A/RES/77/239 | Oct. 19, 2026 |
| 108 | U.N. GAOR, 77th Sess., 55th plen. mtg., U.N. Doc. A/77/PV.55 (Dec. 16, 2022) — https://digitallibrary.un.org/record/4012401/files/A_77_PV.55-EN.pdf | Oct. 21, 2026 |
| 109 | Report of the Credentials Committee, U.N. Doc. A/78/605 (Dec. 6, 2023) — https://digitallibrary.un.org/record/4029917 | Oct. 19, 2026 |
| 110 | G.A. Res. 78/124, U.N. Doc. A/RES/78/124 (Dec. 18, 2023) — https://digitallibrary.un.org/record/4031514/files/A_RES_78_124-EN.pdf | Oct. 19, 2026 |
| 111 | Report of the Credentials Committee, U.N. Doc. A/79/613 (Nov. 20, 2024) — https://digitallibrary.un.org/record/4067717/files/A_79_613-EN.pdf | Oct. 19, 2026 |
| 112 | G.A. Res. 79/132, U.N. Doc. A/RES/79/132 (Dec. 6, 2024) — https://docs.un.org/en/A/RES/79/132 | Oct. 19, 2026 |
| 113 | Report of the Credentials Committee, U.N. Doc. A/80/547 (Nov. 25, 2025) — https://docs.un.org/en/A/80/547 | Oct. 19, 2026 |
| 114 | G.A. Res. 80/114, U.N. Doc. A/RES/80/114 (Dec. 12, 2025) — https://docs.un.org/en/A/RES/80/114 | Oct. 19, 2026 |
| 115 | U.N. Press Release GA/12743, "General Assembly Adopts …" (Dec. 12, 2025) — https://press.un.org/en/2025/ga12743.doc.htm | Oct. 21, 2026 |
| 116 | U.N. Press Release GA/12204 (Oct. 17, 2019) — https://press.un.org/en/2019/ga12204.doc.htm | Oct. 21, 2026 |